# EXHIBIT B

JARVIS & MANDELL LLC
INTEGRATED PLANNING SOLUTIONS

1875 CENTURY PARK EAST, SUITE 1550
LOS ANGELES, CA 90067
TEL: (310) 407-2850
FAX: (310) 407-2801
WWW.JARVISANDMANDELL.COM

October 2, 2002

John & Lorraine:

I understand that you, John, spoke with David earlier today and you had a few questions. I hope this fax answers those questions.

1.) **How long do these policies last?**
The policies are designed to last to age 100. If there is $1 of cash value at age 100, the policies will last until the two of you pass away -- even *if you do live to 150*.

2.) **What can I do if I don't have any Unified Tax Credit remaining?**
You can make gifts to a trust starting now. You and your wife can make gifts of almost $200,000 per year. This is shown in the accompanying spreadsheet titled: "Effect on All Accounts and Cash Flow." It will save you gift taxes on over $800,000 of value.

3.) **Exactly what taxes will I have to pay under this scenario?**
If you look in the "Effect on All Accounts and Cash Flow" spreadsheet, you will see that we started you off with $2,900,000 of IRA value and $2,000,000 of brokerage accounts (I tried to leave out the annuity). If you spend the entire $2,900,000 of IRA funds (over three years) and you spend $334,355 of brokerage account assets (between now and June, 2005), you can achieve this plan. Of that $3,234,355 that you reduce your accounts, income taxes will account for $561,949 and gift taxes will account for approximately $109,785.

In other words, if you are willing to deplete your IRA funds completely and see a gross reduction in your brokerage accounts by $334,355 over 3 years, we can leave your children at least $10,325,000 of tax-free death benefit when you and Lorraine pass away.

I apologize in advance that the spreadsheet is a little complicated. I just wanted to show you something that had all of the information.

Thanks again for your cooperation.

PLW 1342/2267

Sincerely,

Christopher Jarvis, MBA

Registered Representative of and securities and services offered through MML Investors Services, Inc. 1875 Century Park East Suite 1550 Los Angeles, CA 90067 (310) 407-2850. Jarvis & Mandell, LLC has no affiliation with MML Investors Services, Inc. Christopher Jarvis' California Insurance License #: License #0C24976