# EXHIBIT D



**JARVIS & MANDELL LLC**
INTEGRATED PLANNING SOLUTIONS

1875 CENTURY PARK EAST, SUITE 1550
LOS ANGELES, CA 90067
TEL: (310) 407-2850
FAX: (310) 407-2801
WWW.JARVISANDMANDELL.COM

November 12, 2002

## *HOW TO GUARANTEE DEATH BENEFIT WITH LINCOLN*

John:

With the present policy, you are GUARANTEED to have at least $1,520,887 in cash fund value (Exhibit A) at the time you remove the policy from the retirement plan. With current assumptions, you will have $1,624,933 of fund value (Exhibit B). Of course, you could have more than that if the interest rates go up and the investments of Lincoln Financial Group improve.

I ran a hypothetical "internal exchange" to Lincoln's GUARANTEED product. If you transfer fund value (there are no surrender charges with an internal exchange, so your entire fund value can be applied to the new product. As you will see, $1,624,933 of fund value will GUARANTEE $5,896,329 of death benefit for as long you or Lorraine live (Exhibit C).

This is only a reduction of death benefit from $6.2 -$6.4 million to $5.89 million, but it removes all risk. I think this should be our plan.

When you combine this with the Mass Mutual policy with $4 million guaranteed, we will take $3 million of 80% taxable pension money and convert it to nearly $10 million guaranteed.

I think this is a very desirable position for you and it should alleviate some of your fears.

Of course, we don't have to decide about the conversion for another two to three years. I just thought you would want to know the option exists.

Please call me at (310) 407-2818 or at (310) 890-1692 to discuss this further.

Sincerely,

Christopher R. Jarvis, MBA

Registered Representative of, and securities and services offered through MML Investors Services, Inc. 1875 Century Park East Suite 1550 Los Angeles, CA 90067 (310) 407-2810. Jarvis & Mandell LLC is not affiliated with MML Investors Services, Inc. Christopher Jarvis' California Insurance License is License #0B_242-6

EXHIBIT A


**Lincoln**
Financial Group
Lincoln Life & Annuity
Company of New York

*LINCOLN SUL-IV PREMIUM LIFE*

A LIFE INSURANCE ILLUSTRATION

*Flexible Premium Adjustable Life Policy*

Prepared by: Christopher R. Jarvis, MBA
Jarvis & Mandell, LLC
1875 Century Park East, #1550
Los Angeles, CA 90067
Tel: 310.407.2830
Fax: 310.203.9240

| Insureds: John Repicci | Lorraine Repicci | Initial Death Benefit: | $25,000,000 |
|---|---|---|---|
| Age: 66 | 65 | Initial Death Benefit Opt.: | Level |
| Sex: Male | Female | Payment Mode: | Annual |
| Class: Non-Smoker | Non-Smoker | Riders: | None |

*Section C: Guaranteed Values*

This section of the Lincoln SUL-IV illustration projects the guaranteed policy values based on your premium outlay schedule. To calculate the values, we use guaranteed 1980 CSO cost of insurance rates, guaranteed maximum expenses and a guaranteed minimum interest rate of 4.00%. Remember, this illustration is not a contract. The terms of the Policy constitute the actual agreement of coverage.

| Year | Annual Premium Outlay | Guaranteed Basis Fund Value | Guaranteed Basis Surrender Value | Guaranteed Basis Death Benefit |
|---|---|---|---|---|
| 1 | 600,000 | 509,215 | 0 | 25,000,000 |
| 2 | 600,000 | 1,017,890 | 76,940 | 25,000,000 |
| 3 | 600,000 | 1,520,887 | 622,887 | 25,000,000 |
| 4 | 0 | 1,460,490 | 606,240 | 18,750,000 |
| 5 | 0 | 1,370,498 | 560,748 | 18,750,000 |
| 6 | 0 | 1,334,050 | 569,525 | 6,250,000 |
| 7 | 0 | 1,284,858 | 566,258 | 6,250,000 |
| 8 | 0 | 1,219,665 | 547,590 | 6,250,000 |
| 9 | 0 | 1,134,329 | 509,329 | 6,250,000 |
| 10 | 0 | 1,023,817 | 446,392 | 6,250,000 |
| 11 | 0 | 884,405 | 355,055 | 6,250,000 |
| 12 | 0 | 706,656 | 226,056 | 6,250,000 |
| 13 | 0 | 482,304 | 51,379 | 6,250,000 |
| 14 | 0 | 201,095 | 0 | 6,250,000 |
| 15 | *0* | *0* | *0* | *0* |
| 16 | *0* | *0* | *0* | *0* |
| 17 | *0* | *0* | *0* | *0* |
| 18 | *0* | *0* | *0* | *0* |
| 19 | *0* | *0* | *0* | *0* |
| 20 | *0* | *0* | *0* | *0* |
| 21 | *0* | *0* | *0* | *0* |
| 22 | *0* | *0* | *0* | *0* |
| 23 | *0* | *0* | *0* | *0* |
| 24 | *0* | *0* | *0* | *0* |
| 25 | *0* | *0* | *0* | *0* |

NOTE: If "0" appears in the surrender value or fund value column, the premium outlay will no longer provide for a surrender value or fund value. "0" in the fund value column may indicate a negative number. If "*0*" appears in any of the above columns, the policy is lapsing without value.

LINCOLN LIFE & ANNUITY COMPANY OF NEW YORK
*a part of the Lincoln National Corporation*

*November 12, 2002 12:11pm*       Page 6 of 12        100 Madison St., Suite 1860, Syracuse, New York 13202

EXHIBIT B


**Lincoln**
Financial Group
Lincoln Life & Annuity
Company of New York

*LINCOLN SUL-IV PREMIUM LIFE*

A LIFE INSURANCE ILLUSTRATION

*Flexible Premium Adjustable Life Policy*

Prepared by: Christopher R. Jarvis, MBA
Jarvis & Mandell, LLC
1875 Century Park East, #1550
Los Angeles, CA 90067
Tel: 310.407.2850
Fax: 310.203.9240

| Insureds: | John Repicci | Lorraine Repicci | Initial Death Benefit: | $25,000,000 |
|---|---|---|---|---|
| Age: | 66 | 65 | Initial Death Benefit Opt.: | Level |
| Sex: | Male | Female | Payment Mode: | Annual |
| Class: | Non-Smoker | Non-Smoker | Riders: | None |

### Section D: Projected Values

This ledger illustrates a specific payment and death benefit design using non-guaranteed assumptions. The benefits and values shown below are not guaranteed. The assumptions on which they are based are subject to change and actual results may be more or less favorable. See Section C for guaranteed values. **Remember, this illustration is not a contract. The terms of the Policy constitute the actual agreement of coverage.**

This ledger, including the Annual Premium Outlay, was produced using the **Current** basis. The Current interest rate is assumed to be **5.85%** in all years. The Alternate interest rate is assumed to be **5.20%** in all years. For additional information about assumptions, see Section E.

| Year | Annual Premium Outlay | Current Basis Fund Value | Current Basis Surrender Value | Current Basis Death Benefit | Alternate Basis Fund Value | Alternate Basis Surrender Value | Alternate Basis Death Benefit |
|---|---|---|---|---|---|---|---|
| 1 | 600,000 | 518,307 | 0 | 25,000,000 | 515,112 | 0 | 25,000,000 |
| 2 | 600,000 | 1,059,494 | 118,544 | 25,000,000 | 1,049,591 | 108,641 | 25,000,000 |
| 3 | 600,000 | 1,624,933 | 726,933 | 25,000,000 | 1,604,472 | 706,472 | 25,000,000 |
| 4 | 0 | 1,638,496 | 784,246 | 18,750,000 | 1,606,825 | 752,575 | 18,750,000 |
| 5 | 0 | 1,646,934 | 837,184 | 18,750,000 | 1,603,376 | 793,626 | 18,750,000 |
| 6 | 0 | 1,677,128 | 912,603 | 6,250,000 | 1,620,775 | 856,250 | 6,250,000 |
| 7 | 0 | 1,707,526 | 988,926 | 6,250,000 | 1,637,442 | 918,842 | 6,250,000 |
| 8 | 0 | 1,738,106 | 1,066,031 | 6,250,000 | 1,653,287 | 981,212 | 6,250,000 |
| 9 | 0 | 1,768,834 | 1,143,834 | 6,250,000 | 1,668,205 | 1,043,205 | 6,250,000 |
| 10 | 0 | 1,799,668 | 1,222,243 | 6,250,000 | 1,682,078 | 1,104,653 | 6,250,000 |
| 11 | 0 | 1,833,634 | 1,304,284 | 6,250,000 | 1,697,471 | 1,168,121 | 6,250,000 |
| 12 | 0 | 1,866,062 | 1,385,462 | 6,250,000 | 1,709,847 | 1,229,247 | 6,250,000 |
| 13 | 0 | 1,896,194 | 1,465,269 | 6,250,000 | 1,718,307 | 1,287,382 | 6,250,000 |
| 14 | 0 | 1,922,144 | 1,542,194 | 6,250,000 | 1,720,760 | 1,340,810 | 6,250,000 |
| 15 | 0 | 1,942,707 | 1,615,607 | 6,250,000 | 1,715,801 | 1,388,701 | 6,250,000 |
| 16 | 0 | 1,954,869 | 1,683,119 | 6,250,000 | 1,700,089 | 1,428,339 | 6,250,000 |
| 17 | 0 | 1,958,900 | 1,745,950 | 6,250,000 | 1,673,711 | 1,460,761 | 6,250,000 |
| 18 | 0 | 1,953,808 | 1,804,408 | 6,250,000 | 1,635,397 | 1,485,997 | 6,250,000 |
| 19 | 0 | 1,937,805 | 1,858,530 | 6,250,000 | 1,582,992 | 1,503,717 | 6,250,000 |
| 20 | 0 | 1,909,653 | 1,909,653 | 6,250,000 | 1,514,890 | 1,514,890 | 6,250,000 |
| 21 | 0 | 1,931,782 | 1,931,782 | 6,250,000 | 1,492,762 | 1,492,762 | 6,250,000 |
| 22 | 0 | 1,944,881 | 1,944,881 | 6,250,000 | 1,456,736 | 1,456,736 | 6,250,000 |
| 23 | 0 | 1,947,724 | 1,947,724 | 6,250,000 | 1,404,934 | 1,404,934 | 6,250,000 |
| 24 | 0 | 1,937,046 | 1,937,046 | 6,250,000 | 1,333,096 | 1,333,096 | 6,250,000 |
| 25 | 0 | 1,910,579 | 1,910,579 | 6,250,000 | 1,237,939 | 1,237,939 | 6,250,000 |

**NOTE:** If *0* appears in any of the above columns, the premium outlay will no longer provide guaranteed fund values, guaranteed surrender values and guaranteed death benefits.

**LINCOLN LIFE & ANNUITY COMPANY OF NEW YORK**
*a part of the Lincoln National Corporation*

EXHIBIT C


**Lincoln**
Financial Group
Lincoln Life & Annuity
Company of New York

*LINCOLN SUL^{LPR}-II*
A LIFE INSURANCE ILLUSTRATION
*Flexible Premium Adjustable Life Policy*

Prepared by: Christopher R. Jarvis, MBA
Jarvis & Mandell, LLC
1875 Century Park East, #1550
Los Angeles, CA 90067
Tel: 310.407.2850
Fax: 310.203.9240

Insureds: John Repicci
Age: 65
Sex: Male
Class: Non-Smoker

Lorraine Repicci
68
Female
Non-Smoker

Initial Death Benefit:            35,896,329
Initial Death Benefit Opt.:            Level
Payment Mode:                         Annual
Riders                                 None

## Section C: Guaranteed Values

This section of the Lincoln SUL^{LPR}-II illustration projects the guaranteed policy values based on your premium outlay schedule. To calculate the values, we use guaranteed cost of insurance rates, guaranteed maximum expenses and a guaranteed minimum interest rate of 4.00%. Remember, this illustration is not a contract. The terms of the Policy constitute the actual agreement of coverage.

| Year | Annual Premium Outlay | Guaranteed Basis Fund Value | Guaranteed Basis Surrender Value | Guaranteed Basis Death Benefit |
|---|---|---|---|---|
| 1 | 1,624,933 | 1,576,890 | 1,294,370 | 5,896,329 |
| 2 | 0 | 1,622,670 | 1,352,592 | 5,896,329 |
| 3 | 0 | 1,662,554 | 1,405,153 | 5,896,329 |
| 4 | 0 | 1,694,926 | 1,450,437 | 5,896,329 |
| 5 | 0 | 1,717,631 | 1,486,291 | 5,896,329 |
| 6 | 0 | 1,732,239 | 1,514,225 | 5,896,329 |
| 7 | 0 | 1,731,357 | 1,526,786 | 5,896,329 |
| 8 | 0 | 1,711,184 | 1,520,175 | 5,896,329 |
| 9 | 0 | 1,667,395 | 1,490,066 | 5,896,329 |
| 10 | 0 | 1,595,084 | 1,431,493 | 5,896,329 |
| 11 | 0 | 1,492,007 | 1,342,213 | 5,896,329 |
| 12 | 0 | 1,346,646 | 1,210,885 | 5,896,329 |
| 13 | 0 | 1,148,394 | 1,026,785 | 5,896,329 |
| 14 | 0 | 882,658 | 775,495 | 5,896,329 |
| 15 | 0 | 529,382 | 437,078 | 5,896,329 |
| 16 | 0 | 61,463 | 0 | 5,896,329 |
| 17 | 0 | 0 | 0 | 5,896,329 |
| 18 | 0 | 0 | 0 | 5,896,329 |
| 19 | 0 | 0 | 0 | 5,896,329 |
| 20 | 0 | 0 | 0 | 5,896,329 |
| 21 | 0 | 0 | 0 | 5,896,329 |
| 22 | 0 | 0 | 0 | 5,896,329 |
| 23 | 0 | 0 | 0 | 5,896,329 |
| 24 | 0 | 0 | 0 | 5,896,329 |
| 25 | 0 | 0 | 0 | 5,896,329 |

NOTE: If "0" appears in the surrender value or fund value column, the premium outlay will no longer provide for a surrender value or fund value. "0" in the fund value column may indicate a negative number. If "*0*" appears in any of the above columns, the policy is lapsing without value.

LINCOLN LIFE & ANNUITY COMPANY OF NEW YORK
*a part of the Lincoln National Corporation*

November 12, 2002 12:23pm          Page 6 of 12       100 Madison St., Suite 1860, Syracuse, New York 13202

# Lincoln Financial Group
Lincoln Life & Annuity Company of New York

## LINCOLN SUL<sup>LPR</sup>-II
### A LIFE INSURANCE ILLUSTRATION
*Flexible Premium Adjustable Life Policy*

Prepared by: Christopher R. Jarvis, MBA
Jarvis & Mandell, LLC
1875 Century Park East, #1550
Los Angeles, CA 90067
Tel: 310.407.2850
Fax: 310.203.9240

Insureds: John Repicci
Age: 69
Sex: Male
Class: Non-Smoker

Lorraine Repicci
58
Female
Non-Smoker

Initial Death Benefit: $5,896,329
Initial Death Benefit Opt.: Level
Payment Mode: Annual
Riders: None

## Section C: Guaranteed Values

This section of the Lincoln SUL<sup>LPR</sup>-II illustration projects the guaranteed policy values based on your premium outlay schedule. To calculate the values, we use guaranteed cost of insurance rates, guaranteed maximum expenses and a guaranteed minimum interest rate of 4.00%. Remember, this illustration is not a contract. The terms of the Policy constitute the actual agreement of coverage.

| Year | Annual Premium Outlay | Guaranteed Basis Fund Value | Guaranteed Basis Surrender Value | Guaranteed Basis Death Benefit |
|---|---|---|---|---|
| 26 | 0 | 0 | 0 | 5,896,329 |
| 27 | 0 | 0 | 0 | 5,896,329 |
| 28 | 0 | 0 | 0 | 5,896,329 |
| 29 | 0 | 0 | 0 | 5,896,329 |
| 30 | 0 | 0 | 0 | 5,896,329 |
| 31 | 0 | 0 | 0 | 5,896,329 |
| 32 | 0 | 0 | 0 | 5,896,329 |
| 33 | 0 | 0 | 0 | 5,896,329 |
| 34 | 0 | 0 | 0 | 5,896,329 |
| 35 | 0 | 0 | 0 | 5,896,329 |
| 36 | 0 | 0 | 0 | 5,896,329 |
| 37 | 0 | 0 | 0 | 5,896,329 |
| 38 | 0 | 0 | 0 | 5,896,329 |
| 39 | 0 | 0 | 0 | 5,896,329 |
| 40 | 0 | 0 | 0 | 5,896,329 |
| 41 | 0 | 0 | 0 | 5,896,329 |
| 42 | 0 | 0 | 0 | 5,896,329 |
| 43 | 0 | 0 | 0 | 5,896,329 |
| 44 | 0 | 0 | 0 | 5,896,329 |
| 45 | 0 | 0 | 0 | 5,896,329 |
| 46 | 0 | 0 | 0 | 5,896,329 |
| 47 | 0 | 0 | 0 | 5,896,329 |
| 48 | 0 | 0 | 0 | 5,896,329 |

NOTE: If "0" appears in the surrender value or fund value column, the premium outlay will no longer provide for a surrender value or fund value. "0" in the fund value column may indicate a negative number. If "*0*" appears in any of the above columns, the policy is lapsing without value.

November 12 2002 12:23pm          Page 7 of 12

LINCOLN LIFE & ANNUITY COMPANY OF NEW YORK
*a part of the Lincoln National Corporation*
100 Madison St., Suite 1860, Syracuse, New York 13202