# EXHIBIT H

*Julie —*
*Were these 2 cks sent?*



*Dad wants to know*

December 21, 2007

John & Lori:

I spoke with Hy Polakoff, Celia Clark, and the folks at Lincoln about your policy. Here are some points to consider:

1. Your trust you created with Celia last year owns a substantial portion of EBI-Repicci, LLC.
2. Your trust is for all living descendants. You have three children and seven grandchildren for a total of 10 annual gift exclusions.
3. At $12,000 each (annual gift exclusion), you can gift $120,000 each ($240,000 between you and Lori) to the trust to pay premiums without any gift tax.
4. You can do this on 12/31/07 and 1/1/08 to maximize premiums paid and minimize gift taxes.
5. There are three premium-paying scenarios that may make sense to you. They are:

*Julie*
*2 cks*
*personal*

Option A – Pay $240,000 before 12/31/07 and $240,000 on January 2, 2008.
Lincoln will guarantee $3,100,000 of death benefit if the two of you die now, in 10 years or 45 years from now. This is level and there is no investment risk whatsoever.

Option B – Pay $240,000 before 12/31/07, $240,000 on 1/2/08, and another $240,000 on 1/1/09.
Lincoln will guarantee $4,000,000 of death benefit if the two of you die now, in 10 years or 45 years from now. This is level and there is no investment risk whatsoever.

Option C – Pay $148,000 before 12/31/07, $148,000 on 1/2/08, and another $148,000 on 1/2/09.
Lincoln will guarantee $2,825,000 of death benefit if the two of you die now, in 10 years or 45 years from now. This is level and there is no investment risk whatsoever.

I would recommend either A or B, since you have the gift exclusions.

Let's discuss after Christmas.

Merry Christmas and Happy New Year.

Chris

JOHN A REPICCI, M.D.
LORRAINE HUBER REPICCI
№ 1121
DATE 12/21/07

PAY TO THE ORDER OF  the Repicci Irrevocable Family Trust  $ 240,000⁰⁰

Two hundred forty thousand + 00/100  DOLLARS

M&T Bank

Lorraine Huber Repicci

⑈022000046⑈   7981848⑈ 1121   ⑈00240000000⑈

Check #1121        Paid :01/04/2008        240000.00

---

JOHN A REPICCI, M.D.
LORRAINE HUBER REPICCI
№ 1148
DATE 1/2/08

PAY TO THE ORDER OF  Repicci Irrevocable Family Trust  $ 240,000⁰⁰

Two hundred forty thousand + 00/100  DOLLARS

M&T Bank

Lorraine Huber Repicci

⑈022000046⑈   7981848⑈ 1148   ⑈00240000000⑈

Check #1148        Paid :01/24/2008        240000.00