UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| DR. JOHN A. REPICCI and LORRAINE REPICCI, Individually, and JULIE STONE as Trustee of the JOHN A. REPICCI IRREVOCABLE LIFE INSURANCE TRUST and THE REPICCI IRREVOCABLE FAMILY TRUST,<br><br>                    Plaintiffs,<br><br>    v.<br><br>CHRISTOPHER R. JARVIS and OJM Group LLC,<br><br>                    Defendants. | **OJM'S NOTICE OF MOTION FOR JUDGMENT ON THE PLEADINGS AS AGAINST PLAINTIFFS' COMPLAINT**<br><br>ORAL ARGUMENT REQUESTED<br><br>Case No. 1:17-CV-132-WMS-MJR |

---

Upon the accompanying declaration of Andrew P. Devine, Esq., dated May 26, 2017, with exhibits, and the accompanying memorandum of law, dated May 26, 2017, and all the papers and proceedings herein, defendant OJM Group, LLC ("OJM") will move this Court, before the Hon. Michael J. Roemer, United States Magistrate Judge, at the United States Courthouse, 2 Niagara Square, Buffalo, New York, at a date and time to be determined by the Court, for an Order:

      1.    dismissing plaintiffs' Complaint against OJM, with prejudice and without leave to replead, pursuant to Federal Rule of Civil Procedure 12(c); and

      2.    granting OJM such other and further relief as the Court deems just and proper.

OJM intends to serve reply papers on this motion, and Local Rule of Civil Procedure 7(b) requires plaintiffs to file and serve answering papers upon the undersigned within 14 days, unless the Court orders otherwise.

| | |
|---|---|
| Dated: Buffalo, New York<br>May 26, 2017 | PHILLIPS LYTLE LLP<br><br>By: _/s/ Andrew P. Devine_____<br>    Edward S. Bloomberg<br>    Andrew P. Devine<br>Attorneys for Defendant<br>_OJM Group, LLC_<br>One Canalside<br>125 Main Street<br>Buffalo, New York 14203-2887<br>Telephone No. (716) 847-8400<br>ebloomberg@phillipslytle.com<br>adevine@phillipslytle.com |

TO: Richard A. Moore, Esq.
     Steven W. Klutkowski, Esq.
     DUKE HOLZMAN PHOTIADIS & GRESENS LLP
     Attorneys for Plaintiffs
     _Dr. John A. Repicci, Lorraine Repicci, and_
     _Julie Stone as Trustee of the John A. Repicci_
     _Irrevocable Life Insurance Trust and_
     _the Repicci Irrevocable Family Trust_
     701 Seneca Street, Suite 750
     Buffalo, New York  14210
     Telephone No.  (716) 855-1111
     rmoore@barclaydamon.com
     sklutkowski@dhpglaw.com

CC: Matthew Tracy, Esq.
     WINGET, SPADAFORA & SCHWARTZBERG, LLP
     Attorneys for Defendant
     _Christopher R. Jarvis_
     45 Broadway, 19th Floor
     New York, NY  10006
     Telephone No.  (212) 221-6900
     Tracy.M@wssllp.com

Doc #01-3041066.