Exhibit 3

# Jon Husted
## Ohio Secretary of State



Jon Husted & the Office | Elections & Voting | Campaign Finance | Legislation & Ballot Issues | Businesses | Records | Media Center | Publications

## Business Filing Portal
your BUSINESS begins here

| General Information | Business Search | UCC Search | Trade Mark / Service Mark Search | Prepayment Accounts | Business Report Download | Help |

- Business Name
- Business Name - Exact
- Detailed Business Search
- Number Search
- Agent/Contact Name
- Agent/Contact Name - Exact
- Prior Business Name

### Corporation Details

| Corporation Details ||
|---|---|
| Entity Number | 1712826 |
| Business Name | OJM GROUP, LLC |
| Filing Type | DOMESTIC LIMITED LIABILITY COMPANY |
| Status | Active |
| Original Filing Date | 07/11/2007 |
| Expiry Date | |
| Location: | County: State: |

| Agent / Registrant Information |
|---|
| CORPORATE STATUTORY SERVICES, INC.
255 E. FIFTH ST. SUITE 2400
CINCINNATI, OH 45202
Effective Date: 04/09/2014
Contact Status: Active |

| Incorporator Information |
|---|
| JASON O'DELL |

| Filings |||
|---|---|---|
| Filing Type | Date of Filing | Document Number/Image |
| ARTICLES OF ORGANIZATION/DOM. LIMITED LIABILITY CO | 07/11/2007 | 200719300270 |
| AMEND/ARTICLES-ORGANIZATION/DOM LIMITED LIAB. CO | 10/23/2008 | 200829701840 |
| FICTITIOUS NAME/ORIGINAL FILING | 11/19/2008 | 200832402018 |
| AMEND/ARTICLES-ORGANIZATION/DOM LIMITED LIAB. CO | 07/05/2012 | 201219100480 |
| SUBSEQUENT AGENT APPOINT/LIMITED/LIABILTY/PARTNERS | 04/09/2014 | 201410000054 |

| Old Names ||
|---|---|
| Effective Date | Old Name |
| 10/23/2008 | OJM GROUP, LLC |
| 07/05/2012 | O'DELL JARVIS MANDELL LLC |

[Return To Search Page] [Return To Search List] [Printer Friendly Report]



| DATE: | DOCUMENT ID | DESCRIPTION | FILING | EXPED | PENALTY | CERT | COPY |
|---|---|---|---|---|---|---|---|
| 07/12/2007 | 200719300270 | ARTICLES OF ORGANIZATION/DOM. LLC (LCA) | 125.00 | 100.00 | .00 | .00 | .00 |

## Receipt
This is not a bill. Please do not remit payment.

CORPORATION SERVICE COMPANY
ATTN: LISA VAIDO
887 SOUTH HIGH STREET
COLUMBUS, OH 43206

# STATE OF OHIO
## CERTIFICATE
### Ohio Secretary of State, Jennifer Brunner

**1712826**

It is hereby certified that the Secretary of State of Ohio has custody of the business records for

**OJM GROUP, LLC**

and, that said business records show the filing and recording of:

Document(s)                                           Document No(s):
**ARTICLES OF ORGANIZATION/DOM. LLC**                 **200719300270**



United States of America
State of Ohio
Office of the Secretary of State

Witness my hand and the seal of the Secretary of State at Columbus, Ohio this 11th day of July, A.D. 2007.

*Jennifer Brunner*

Ohio Secretary of State

Page 1



Prescribed by **J. Kenneth Blackwell**
Ohio Secretary of State
Central Ohio: (614) 466-3910
Toll Free: 1-877-SOS-FILE (1-877-767-3453)

www.state.oh.us/sos
e-mail: busserv@sos.state.oh.us

| Expedite this Form: (Select One) |
|---|
| Mail Form to one of the Following: |
| ○ Yes    PO Box 1390 |
|          Columbus, OH 43216 |
| *** Requires an additional fee of $100 *** |
| ○ No     PO Box 670 |
|          Columbus, OH 43216 |

## ORGANIZATION / REGISTRATION OF LIMITED LIABILITY COMPANY
*(Domestic or Foreign)*
Filing Fee $125.00

THE UNDERSIGNED DESIRING TO FILE A:

*(CHECK ONLY ONE (1) BOX)*

(1) ☑ Articles of Organization for Domestic Limited Liability Company
(115-LCA)
ORC 1705

(2) ☐ Application for Registration of Foreign Limited Liability Company
(106-LFA)
ORC 1705

_____ _____
(Date of Formation)   (State)

*Complete the general information in this section for the box checked above.*

Name   OJM Group, LLC

☐ *Check here if additional provisions are attached*
* If box (1) is checked, name must include one of the following endings: limited liability company, limited, Ltd., Ltd., LLC, L.L.C.

*Complete the information in this section if box (1) is checked.*

Effective Date   UPON FILING   Date specified can be no more than 90 days after date of filing.
(mm/dd/yyyy)

This limited liability company shall exist for _____
*(Optional)*                                    (Period of existance)

Purpose
*(Optional)*
_____
_____

The address to which interested persons may direct requests for copies of any operating agreement and any bylaws of this limited liability company is

*(Optional)*
_____
(Name)

_____
(Street)        NOTE: P.O. Box Addresses are NOT acceptable.

_____
(City)          (State)        (Zip Code)

533                Page 1 of 5                Last Revised: May 2002

Page 2

Complete the information in this section if box (1) is checked Cont.

## ORIGINAL APPOINTMENT OF AGENT

The undersigned, being at least a majority of the members of

OCM Group, LLC
*(name of limited liability company)*

hereby appoint the following to be statutory agent upon whom any process, notice or demand required or permitted by statute to be served upon the limited liability company may be served. The name and address of the agent is:

Jason O'Dell
*(Name of Agent)*

6541 Hosbrook Rd.  Suite 208
*(Street)*       NOTE: P.O. Box Addresses are NOT acceptable.

Cincinnati                                Ohio          45236
*(City)*                                  *(State)*     *(Zip Code)*

Must be authenticated by an authorized representative

_____     6/27/2007
Authorized Representative         Date

_____     _____
Authorized Representative         Date

## ACCEPTANCE OF APPOINTMENT

The undersigned, named herein as the statutory agent for

OCM Group, LLC
*(name of limited liability company)*

hereby acknowledges and accepts the appointment of agent for said limited liability Company.

_____
(Agent's signature)

**PLEASE SIGN PAGE (3) AND SUBMIT COMPLETED DOCUMENT**

| Complete the information in this section if box (2) is checked. |

The address to which interested persons may direct requests for copies of any operating agreement and any bylaws of this limited liability company is

_____
(Name)

_____
(Street)            NOTE: P.O. Box Addresses are NOT acceptable.

_____
(City)                       (State)        (Zip Code)

The name under which the foreign limited liability company desires to transact business in Ohio is

_____

The limited liability company hereby appoints the following as its agent upon whom process against the limited liability company may be served in the state of Ohio. The name and complete address of the agent is

_____
(Name)

_____
(Street)            NOTE: P.O. Box Addresses are NOT acceptable.

_____
(City)                  Ohio
                       (State)        (Zip Code)

The limited liability company irrevocably consents to service of process on the agent listed above as long as the authority of the agent continues, and to service of process upon the OHIO SECRETARY OF STATE if:
  a. the agent cannot be found, or
  b. the limited liability company fails to designate another agent when required to do so, or
  c. the limited liability company's registration to do business in Ohio expires or is cancelled.

**REQUIRED**
Must be authenticated (signed) by an authorized representative
(See Instructions)

Authorized Representative: [signature]    Date: 6/27/2007

(Print Name) Jason O'Dell

Authorized Representative    Date

(Print Name)