Exhibit 4



| DATE: | DOCUMENT ID | DESCRIPTION | FILING | EXPED | PENALTY | CERT | COPY |
|---|---|---|---|---|---|---|---|
| 10/24/2008 | 200829701840 | AMEND/ARTICLES-ORGANIZATION/DOM. LLC (LAM) | 50.00 | .00 | .00 | .00 | .00 |

**Receipt**
This is not a bill. Please do not remit payment.

OJM GROUP LLC
8041 HOSBROOK RD., STE. 208
CINCINNATI, OH 45236

# STATE OF OHIO
## CERTIFICATE
### Ohio Secretary of State, Jennifer Brunner

1712826

It is hereby certified that the Secretary of State of Ohio has custody of the business records for

**O'DELL JARVIS MANDELL LLC**

and, that said business records show the filing and recording of:

Document(s)                                   Document No(s):
**AMEND/ARTICLES-ORGANIZATION/DOM. LLC**       200829701840



Witness my hand and the seal of the Secretary of State at Columbus, Ohio this 23rd day of October, A.D. 2008.

*Jennifer Brunner*

United States of America
State of Ohio
Office of the Secretary of State

Ohio Secretary of State

Page 1



Prescribed by:

The Ohio Secretary of State
Central Ohio: (614) 466-3910
Toll Free: 1-877-SOS-FILE (1-877-767-3453)

| Expedite this Form: (Select One) |
|---|
| **Mail Form to one of the Following:** |
| ○ Expedite    PO Box 1390    Columbus, OH 43216 |
| *** Requires an additional fee of $100 *** |
| ●Non Expedite    PO Box 1329    Columbus, OH 43216 |

www.sos.state.oh.us
e-mail: busserv@sos.state.oh.us

## Domestic Limited Liability Company Certificate of Amendment or Restatement
Filing Fee $50.00

**(CHECK ONLY ONE (1) BOX)**

| (1) Domestic Limited Liability Company | (2) Domestic Limited Liability Company |
|---|---|
| ☒ Amendment (129-LAM) | ☐ Restatement (142-LRA) |
| 07-11-2007 Date of Formation | Date of Formation |

The undersigned authorized representative of:

OJM Group, LLC             1712826
Name of limited liability company      Registration number

If box (1) Amendment is checked, only complete sections that apply. If box (2) Restatement is checked, all sections below must be completed.

The name of said limited liability company shall be:

O'Dell Jarvis Mandell LLC
Name must include one of the following words or abbreviations: "limited liability company," "limited," "LLC," "L.L.C.," "ltd." or "ltd"

This limited liability company shall exist for a period of: _____
Period of Existence

Purpose
_____
_____

☐ Check here if additional provisions are attached

543A        Page 1 of 2        Last Revised: 6/23/2008

**REQUIRED**
Must be **(signed)** by a member, manager or other representative.

_[signature]_
Signature

JASON M. O'Dell
Print Name

10-10-08
Date

---
Signature

---
Print Name

---
Date

---
Signature

---
Print Name

---
Date

543A

Page 2 of 2

Last Revised: 6/23/2008

Page 3