Exhibit 5



| DATE: | DOCUMENT ID | DESCRIPTION | FILING | EXPED | PENALTY | CERT | COPY |
|---|---|---|---|---|---|---|---|
| 07/10/2012 | 201219100480 | LIMITED LIABILITY COMPANY - AMENDMENT (LAM) | 50.00 | .00 | | .00 | .00 |

### Receipt
This is not a bill. Please do not remit payment.

JASON O'DELL
8044 MONTGOMERY RD
STE. 440
CINCINNATI, OH 45236

# STATE OF OHIO
## CERTIFICATE
### Ohio Secretary of State, Jon Husted

**1712826**

It is hereby certified that the Secretary of State of Ohio has custody of the business records for

**OJM GROUP, LLC**

and, that said business records show the filing and recording of:

Document(s)                                           Document No(s):
**LIMITED LIABILITY COMPANY - AMENDMENT**             **201219100480**



United States of America
State of Ohio
Office of the Secretary of State

Witness my hand and the seal of the Secretary of State at Columbus, Ohio this 5th day of July, A.D. 2012.

*Jon Husted*

Ohio Secretary of State

Page 1



| Form 543A Prescribed by:<br>Ohio Secretary of State<br>**JON HUSTED**<br>**Ohio Secretary of State**<br>Central Ohio: (614) 466-3910<br>Toll Free: (877) SOS-FILE (767-3453)<br>www.OhioSecretaryofState.gov<br>Busserv@OhioSecretaryofState.gov | Mail this form to one of the following:<br>Regular Filing (non expedite)<br>P.O. Box 1329<br>Columbus, OH 43216<br>Expedite Filing (Two-business day processing time requires an additional $100.00).<br>P.O. Box 1390<br>Columbus, OH 43216 |

## Domestic Limited Liability Company Certificate of Amendment or Restatement
### Filing Fee: $50

(CHECK ONLY ONE (1) BOX)

| (1) Domestic Limited Liability Company | (2) Domestic Limited Liability Company |
|---|---|
| ☒ Amendment (129-LAM) | ☐ Restatement (142-LRA) |
| 07-11-2007<br>Date of Formation | <br>Date of Formation |

The undersigned authorized representative of:

O'Dell Jarvis Mandell, LLC
Name of limited liability company

1712826
Registration Number

**If box (1) Amendment is checked, only complete sections that apply. If box (2) Restatement is checked, all sections below must be completed.**

The name of said limited liability company shall be:

OJM Group, LLC

Name must include one of the following words or abbreviations: "limited liability company," "limited," "LLC," "L.L.C.," "ltd." or "ltd"

This limited liability company shall exist for a period of: _____
Period of Existence

Purpose

For any lawful purpose.

Form 543A                    Page 1 of 2                    Last Revised: 1/9/12

By signing and submitting this form to the Ohio Secretary of State, the undersigned hereby certifies that he or she has the requisite authority to execute this document.

**Required**
Articles and original appointment of agent must be signed by a member, manager or other representative.

*[Signature]*
Signature

Manager
By (if applicable)

If authorized representative is an individual, then they must sign in the "signature" box and print their name in the "Print Name" box.

Jason O'Dell
Print Name

If authorized representative is a business entity, not an individual, then please print the business name in the "signature" box, an authorized representative of the business entity must sign in the "By" box and print their name in the "Print Name" box.

Signature

By (if applicable)

Print Name

Signature

By (if applicable)

Print Name

Form 543A                           Page 2 of 2                           Last Revised: 1/9/12



Form 590 Prescribed by:
**JON HUSTED**
**Ohio Secretary of State**

Central Ohio: (614) 466-3910
Toll Free: (877) SOS-FILE (767-3453)
www.OhioSecretaryofState.gov
Busserv@OhioSecretaryofState.gov

## Consent for Use of Similar Name
(To be filed with new business formation document or amendment to change business name where a name conflict will occur.)

Name of Entity/Individual Giving Consent: O'Dell Jarvis Mandell, LLC

Charter/Registration/License Number of Entity giving Consent: 1712826

Gives it Consent To: OJM Group, LLC

To Use The Name: OJM Group

By signing and submitting this form to the Ohio Secretary of State, the undersigned hereby certifies that he or she has the requisite authority to execute this document.

**REQUIRED**
Consent form must be signed by an authorized representative of the consenting entitiy.

Signature: [signed] X

Manager
By (if applicable)

If authorized representative is an individual, then they must sign in the "signature" box and print their name in the "Print Name" box.

Jason O'Dell
Print Name

If authorized representative is a business entity, not an individual, then please print the business name in the "signature" box, an authorized representative of the business entity must sign in the "By" box and print their name in the "Print Name" box.

Signature

By (if applicable)

Print Name

Form 590          Page 1 of 1          Last Revised: 2/6/12

Page 4