# EXHIBIT B

**Jon Husted**
**Ohio Secretary**

Jon Husted & the Office | Elections & Voting | Campaign Finance | Legislation & Ballot Issues | Businesses | Records | Media Center | Publications

**Business Filing Portal**                                        your BUSINESS begins here

General Information | Business Search | UCC Search | Trade Mark / Service Mark Search | Prepayment Accounts | Business Report Download | Help

Business Name
Business Name - Exact
Detailed Business Search
Number Search
Agent/Contact Name
Agent/Contact Name - Exact
Prior Business Name

## Corporation Details

| Corporation Details | |
|---|---|
| Entity Number | 1712826 |
| Business Name | OJM GROUP, LLC |
| Filing Type | DOMESTIC LIMITED LIABILITY COMPANY |
| Status | Active |
| Original Filing Date | 07/11/2007 |
| Expiry Date | |
| Location: | County:                              State: |

**Agent / Registrant Information**

CORPORATE STATUTORY SERVICES, INC.
255 E. FIFTH ST. SUITE 2400
CINCINNATI, OH 45202
Effective Date: 04/09/2014
Contact Status: Active

**Incorporator Information**

JASON O'DELL

**Filings**

| Filing Type | Date of Filing | Document Number/Image |
|---|---|---|
| ARTICLES OF ORGANIZATION/DOM. LIMITED LIABILITY CO | 07/11/2007 | 200719300270 |
| AMEND/ARTICLES-ORGANIZATION/DOM LIMITED LIAB. CO | 10/23/2008 | 200829701840 |
| FICTITIOUS NAME/ORIGINAL FILING | 11/19/2008 | 200832402018 |
| AMEND/ARTICLES-ORGANIZATION/DOM LIMITED LIAB. CO | 07/05/2012 | 201219100480 |
| SUBSEQUENT AGENT APPOINT/LIMITED/LIABILTY/PARTNERS | 04/09/2014 | 201410000054 |

**Old Names**

| Effective Date | Old Name |
|---|---|
| 10/23/2008 | OJM GROUP, LLC |
| 07/05/2012 | O'DELL JARVIS MANDELL LLC |

[Return To Search Page]  [Return To Search List]  [Printer Friendly Report]

 
| DATE: | DOCUMENT ID | DESCRIPTION | FILING | EXPED | PENALTY | CERT | COPY |
|---|---|---|---|---|---|---|---|
| 07/12/2007 | 200719300270 | ARTICLES OF ORGANIZATION/DOM. LLC (LCA) | 125.00 | 100.00 | .00 | .00 | .00 |

**Receipt**
This is not a bill. Please do not remit payment.

CORPORATION SERVICE COMPANY
ATTN: LISA VAIDO
887 SOUTH HIGH STREET
COLUMBUS, OH 43206

# STATE OF OHIO
## CERTIFICATE
Ohio Secretary of State, Jennifer Brunner

1712826

It is hereby certified that the Secretary of State of Ohio has custody of the business records for

**OJM GROUP, LLC**

and, that said business records show the filing and recording of:

Document(s)
**ARTICLES OF ORGANIZATION/DOM. LLC**

Document No(s):
**200719300270**



United States of America
State of Ohio
Office of the Secretary of State

Witness my hand and the seal of the Secretary of State at Columbus, Ohio this 11th day of July, A.D. 2007.

*Jennifer Brunner*

Ohio Secretary of State

Page 1



Prescribed by **J. Kenneth Blackwell**
Ohio Secretary of State
Central Ohio: (614) 466-3910
Toll Free: 1-877-SOS-FILE (1-877-767-3453)

www.state.oh.us/sos
email: busserv@sos.state.oh.us

| Expedite this Form: (Select One) |
|---|
| Mail Form to one of the Following: |
| ○ Yes   PO Box 1390   Columbus, OH 43216   *** Requires an additional fee of $100 *** |
| ○ No   PO Box 670   Columbus, OH 43216 |

## ORGANIZATION / REGISTRATION OF LIMITED LIABILITY COMPANY
*(Domestic or Foreign)*
Filing Fee $125.00

THE UNDERSIGNED DESIRING TO FILE A:

**(CHECK ONLY ONE (1) BOX)**

| (1) ☑ Articles of Organization for Domestic Limited Liability Company (115-LCA) ORC 1705 | (2) ☐ Application for Registration of Foreign Limited Liability Company (106-LFA) ORC 1705 |
|---|---|
| | (Date of Formation) _____ (State) _____ |

*Complete the general information in this section for the box checked above.*

Name: **OJM Group, LLC**

☐ Check here if additional provisions are attached

* If box (1) is checked, name must include one of the following endings: limited liability company, limited, Ltd., L.td., LLC, L.L.C.

*Complete the information in this section if box (1) is checked.*

Effective Date: **UPON FILING**
(mm/dd/yyyy)
Date specified can be no more than 90 days after date of filing.

This limited liability company shall exist for
*(Optional)* _____
(Period of existence)

Purpose
*(Optional)* _____

The address to which interested persons may direct requests for copies of any operating agreement and any bylaws of this limited liability company is

*(Optional)*
(Name) _____
(Street) _____ NOTE: P.O. Box Addresses are NOT acceptable.
(City) _____ (State) _____ (Zip Code) _____

Complete the information in this section if box (1) is checked Cont.

## ORIGINAL APPOINTMENT OF AGENT

The undersigned, being at least a majority of the members of

OCM Group, LLC
(name of limited liability company)

hereby appoint the following to be statutory agent upon whom any process, notice or demand required or permitted by statute to be served upon the limited liability company may be served. The name and address of the agent is:

Jason O'Dell
(Name of Agent)

5041 Hoshbrook Rd.  Suite 208
(Street)  NOTE: P.O. Box Addresses are NOT acceptable.

Cincinnati      Ohio       45236
(City)           (State)    (Zip Code)

Must be authenticated by an authorized representative

_[signature]_   6/27/2007
Authorized Representative    Date

_____    _____
Authorized Representative    Date

### ACCEPTANCE OF APPOINTMENT

The undersigned, named herein as the statutory agent for

OCM Group, LLC
(name of limited liability company)

hereby acknowledges and accepts the appointment of agent for said limited liability Company.

_[signature]_
(Agent's signature)

**PLEASE SIGN PAGE (3) AND SUBMIT COMPLETED DOCUMENT**

| Complete the Information in this section if box (2) is checked. |

The address to which interested persons may direct requests for copies of any operating agreement and any bylaws of this limited liability company is

_____
(Name)

_____
(Street)   NOTE: P.O. Box Addresses are NOT acceptable.

_____
(City)   (State)   (Zip Code)

The name under which the foreign limited liability company desires to transact business in Ohio is

_____

The limited liability company hereby appoints the following as its agent upon whom process against the limited liability company may be served in the state of Ohio. The name and complete address of the agent is

_____
(Name)

_____
(Street)   NOTE: P.O. Box Addresses are NOT acceptable.

_____
(City)   Ohio
         (State)   (Zip Code)

The limited liability company irrevocably consents to service of process on the agent listed above as long as the authority of the agent continues, and to service of process upon the OHIO SECRETARY OF STATE if:
a. the agent cannot be found, or
b. the limited liability company fails to designate another agent when required to do so, or
c. the limited liability company's registration to do business in Ohio expires or is cancelled.

**REQUIRED**
Must be authenticated (signed)
by an authorized representative
(See Instructions)

_____   6/27/2007
Authorized Representative             Date

(Print Name) Jason O'Dell

_____   _____
Authorized Representative             Date

(Print Name)

 
| DATE: | DOCUMENT ID | DESCRIPTION | FILING | EXPED | PENALTY | CERT | COPY |
|---|---|---|---|---|---|---|---|
| 10/24/2008 | 200829701840 | AMEND/ARTICLES-ORGANIZATION/DOM. LLC (LAM) | 50.00 | .00 | .00 | .00 | .00 |

**Receipt**
This is not a bill. Please do not remit payment.

OJM GROUP LLC
8041 HOSBROOK RD., STE. 208
CINCINNATI, OH 45236

# STATE OF OHIO
## CERTIFICATE
### Ohio Secretary of State, Jennifer Brunner

**1712826**

It is hereby certified that the Secretary of State of Ohio has custody of the business records for

**O'DELL JARVIS MANDELL LLC**

and, that said business records show the filing and recording of:

Document(s)                                    Document No(s):
**AMEND/ARTICLES-ORGANIZATION/DOM. LLC**       **200829701840**



United States of America
State of Ohio
Office of the Secretary of State

Witness my hand and the seal of the Secretary of State at Columbus, Ohio this 23rd day of October, A.D. 2008.

*Jennifer Brunner*

Ohio Secretary of State

Page 1



Prescribed by:

The Ohio Secretary of State
Central Ohio: (614) 466-3910
Toll Free: 1-877-SOS-FILE (1-877-767-3453)

www.sos.state.oh.us
e-mail: busserv@sos.state.oh.us

| Expedite this Form: (Select One) |
|---|
| Mail Form to one of the Following: |
| ○ Expedite — PO Box 1390, Columbus, OH 43216 *** Requires an additional fee of $100 *** |
| ● Non Expedite — PO Box 1329, Columbus, OH 43216 |

## Domestic Limited Liability Company Certificate of Amendment or Restatement
### Filing Fee $50.00

**(CHECK ONLY ONE (1) BOX)**

(1) Domestic Limited Liability Company
☒ Amendment (129-LAM)

07-11-2007
Date of Formation

(2) Domestic Limited Liability Company
☐ Restatement (142-LRA)

_____
Date of Formation

The undersigned authorized representative of:

OJM Group, LLC
Name of limited liability company

1712826
Registration number

If box (1) Amendment is checked, only complete sections that apply. If box (2) Restatement is checked, all sections below must be completed.

The name of said limited liability company shall be:

O'Dell Jarvis Mandell LLC

Name must include one of the following words or abbreviations: "limited liability company," "limited," "LLC," "L.L.C.," "ltd." or "ltd"

This limited liability company shall exist for a period of: _____
Period of Existence

Purpose

☐ Check here if additional provisions are attached

543A                                   Page 1 of 2                                   Last Revised: 6/23/2008

Page 2

| | | |
|---|---|---|
| **REQUIRED**<br>Must be **(signed)** by a member, manager or other representative. | [signature]<br>Signature<br><br>JASON M. O'Dell<br>Print Name | 10-10-08<br>Date |
| | Signature | Date |
| | Print Name | |
| | Signature | Date |
| | Print Name | |



| DATE: | DOCUMENT ID | DESCRIPTION | FILING | EXPED | PENALTY | CERT | COPY |
|---|---|---|---|---|---|---|---|
| 11/20/2008 | 200832402018 | FICTITIOUS NAME/ORIGINAL FILING (NFO) | 50.00 | .00 | .00 | .00 | .00 |

### Receipt
This is not a bill. Please do not remit payment.

OJM GROUP LL
8041 HOSBROOK ROAD
STE 208
CINCINNATI, OH 45236

# STATE OF OHIO
## CERTIFICATE
### Ohio Secretary of State, Jennifer Brunner

1819561

It is hereby certified that the Secretary of State of Ohio has custody of the business records for

**OJM GROUP**

and, that said business records show the filing and recording of:

Document(s)
**FICTITIOUS NAME/ORIGINAL FILING**
Expiration Date:     11/19/2013

Document No(s):
**200832402018**
O'DELL JARVIS MANDELL LLC
8041 HOSBROOK RD
STE 208
CINCINNATI, OH 45236



United States of America
State of Ohio
Office of the Secretary of State

Witness my hand and the seal of the Secretary of State at Columbus, Ohio this 19th day of November, A.D. 2008.

*Jennifer Brunner*

Ohio Secretary of State

Page 1



Prescribed by:

The Ohio Secretary of State
Central Ohio: (614) 466-3910
Toll Free: 1-877-SOS-FILE (1-877-767-3453)

www.sos.state.oh.us
e-mail: busserv@sos.state.oh.us

## NAME REGISTRATION
*(For Domestic/Foreign Profit or Nonprofit)*
Filing Fee $50.00

| Expedite this Form: (Select One) |
|---|
| Mail Form to one of the Following: |
| ○ Yes   PO Box 1390 Columbus, OH 43216 *** Requires an additional fee of $100 *** |
| ● No    PO Box 670 Columbus, OH 43216 |

**RECEIVED**

NOV 1 9 2008

SECRETARY OF STATE

THE UNDERSIGNED HEREBY STATES THE FOLLOWING:

**(CHECK ONLY ONE (1) BOX)**

| (1) ☐ Trade Name (167-RNO) Date of first use MM/DD/YYYY | (2) ☒ Fictitious Name (169-NFO) | (3) Name Reservation (160-NRO) ☐ Original ☐ Renewal Registration No. _____ |
|---|---|---|

Complete the information in this section if box (1) or (2) is checked.

The exact name being registered or reported is     **OJM Group**

The Registrant is (Check Appropriate Box)

☐ Individual
☐ Limited Partnership: Reg. No. _____
☒ Ohio Limited Liability Co., Reg. No. **1712826**
☐ Ohio Corporation, Charter No. _____
☐ General Partnership
☐ Other _____

☐ Foreign Corporation incorporated in the state of _____ holding Ohio license no. _____
☐ Unincorporated Association
☐ Foreign Limited Liability Co. holding Ohio Reg. No. _____ organized in the state of _____

The name of the registrant designated above is

**O'Dell Jarvis Mandell LLC**

NOTE: Where the registrant is a partnership, the name of the partnership must appear on this line. If the registrant is a foreign corporation licensed in Ohio under an assumed name, both the assumed name and actual corporate title of such corporation must appear on this line.

The business address of the registrant is

**8041 Hosbrook Rd. Ste 208**
(Street)   NOTE: P.O. Box Addresses are NOT acceptable.

**Cincinnati**   **Hamilton**   **OH**   **45236**
(City)   (County)   (State)   (Zip Code)

534     Page 1 of 2     Last Revised: May 2002

Page 2

| Complete the information in this section if box (1) or (2) is checked Cont.. | |
|---|---|
| Complete only if registrant is a general partnership | |
| **NAME OF ALL GENERAL PARTNERS** | **COMPLETE RESIDENTIAL ADDRESSES (including zip code)** |

NOTE: Pursuant to OAG 89-081, if a general partner is a foreign (out-of-state) corporation, it must be licensed to transact business in Ohio; if a general partner is a foreign corporation licensed in Ohio under an assumed name, please note both the assumed name and actual corporate title of such general partner.

The nature of the business conducted by the registrant under the trade or fictitious name is (please be specific)

_Financial planning services_

---

**Complete the information in this section if box (3) is checked.**

☐ Please reserve the name listed below. (only one name per form)

☐ Please reserve the first name available in the order of my preference.

I understand that I am not guaranteed the reservation **UNTIL I RECEIVE WRITTEN CONFIRMATION FROM THE SECRETARY OF STATE'S OFFICE STATING THAT THE NAME HAS BEEN REGISTERED TO ME**

The name reservation is valid for a period of 180 days.

_____
(First Choice)

_____
(Second Choice)

_____
(Third Choice)

_____
(Applicant)            (Print Name)

_____
(Address)

_____
(City, State and Zip Code)

**REQUIRED**
Must be authenticated (signed) by an authorized representative
(See Instructions)

Authorized Representative [signature]     Date: 11-17-08

Authorized Representative _____     Date _____



| DATE: | DOCUMENT ID | DESCRIPTION | FILING | EXPED | PENALTY | CERT | COPY |
|---|---|---|---|---|---|---|---|
| 07/10/2012 | 201219100480 | LIMITED LIABILITY COMPANY - AMENDMENT (LAM) | 50.00 | .00 | | .00 | .00 |

### Receipt
This is not a bill. Please do not remit payment.

JASON O'DELL
8044 MONTGOMERY RD
STE. 440
CINCINNATI, OH 45236

# STATE OF OHIO
## CERTIFICATE
### Ohio Secretary of State, Jon Husted

1712826

It is hereby certified that the Secretary of State of Ohio has custody of the business records for

**OJM GROUP, LLC**

and, that said business records show the filing and recording of:

Document(s)                                    Document No(s):
**LIMITED LIABILITY COMPANY - AMENDMENT**      201219100480



United States of America
State of Ohio
Office of the Secretary of State

Witness my hand and the seal of the Secretary of State at Columbus, Ohio this 5th day of July, A.D. 2012.

*Jon Husted*

Ohio Secretary of State

Page 1



Form 543A Prescribed by:
Ohio Secretary of State
**JON HUSTED**
Ohio Secretary of State

Central Ohio: (614) 466-3910
Toll Free: (877) SOS-FILE (767-3453)
www.OhioSecretaryofState.gov
Busserv@OhioSecretaryofState.gov

Mail this form to one of the following:

Regular Filing (non expedite)
P.O. Box 1329
Columbus, OH 43216

Expedite Filing (Two-business day processing time requires an additional $100.00).
P.O. Box 1390
Columbus, OH 43216

# Domestic Limited Liability Company Certificate of Amendment or Restatement
### Filing Fee: $50

(CHECK ONLY ONE (1) BOX)

(1) Domestic Limited Liability Company
 ☒ Amendment (129-LAM)

 07-11-2007
 Date of Formation

(2) Domestic Limited Liability Company
 ☐ Restatement (142-LRA)

 Date of Formation

The undersigned authorized representative of:

O'Dell Jarvis Mandell, LLC
Name of limited liability company

1712826
Registration Number

If box (1) Amendment is checked, only complete sections that apply. If box (2) Restatement is checked, all sections below must be completed.

The name of said limited liability company shall be:

OJM Group, LLC

Name must include one of the following words or abbreviations: "limited liability company," "limited," "LLC," "L.L.C.," "ltd." or "ltd"

This limited liability company shall exist for a period of:

Period of Existence

Purpose

For any lawful purpose.

Form 543A                      Page 1 of 2                      Last Revised: 1/9/12

By signing and submitting this form to the Ohio Secretary of State, the undersigned hereby certifies that he or she has the requisite authority to execute this document.

**Required**
Articles and original appointment of agent must be signed by a member, manager or other representative.

Signature: *[signed]*    X

By (if applicable): Manager

If authorized representative is an individual, then they must sign in the "signature" box and print their name in the "Print Name" box.

Print Name: Jason O'Dell

If authorized representative is a business entity, not an individual, then please print the business name in the "signature" box, an authorized representative of the business entity must sign in the "By" box and print their name in the "Print Name" box.

Signature:

By (if applicable):

Print Name:

Signature:

By (if applicable):

Print Name:

Form 543A            Page 2 of 2            Last Revised: 1/9/12



Form 590 Prescribed by:
**JON HUSTED**
Ohio Secretary of State

Central Ohio: (614) 466-3910
Toll Free: (877) SOS-FILE (767-3453)
www.OhioSecretaryofState.gov
Busserv@OhioSecretaryofState.gov

## Consent for Use of Similar Name
(To be filed with new business formation document or amendment to change business name where a name conflict will occur.)

Name of Entity/Individual Giving Consent: O'Dell Jarvis Mandell, LLC

Charter/Registration/License Number of Entity giving Consent: 1712826

Gives it Consent To: OJM Group, LLC

To Use The Name: OJM Group

By signing and submitting this form to the Ohio Secretary of State, the undersigned hereby certifies that he or she has the requisite authority to execute this document.

**REQUIRED**
Consent form must be signed by an authorized representative of the consenting entitiy.

Signature

Manager
By (if applicable)

If authorized representative is an individual, then they must sign in the "signature" box and print their name in the "Print Name" box.

Jason O'Dell
Print Name

If authorized representative is a business entity, not an individual, then please print the business name in the "signature" box, an authorized representative of the business entity must sign in the "By" box and print their name in the "Print Name" box.

Signature

By (if applicable)

Print Name

Form 590                    Page 1 of 1                    Last Revised: 2/6/12

Page 4



| DATE: | DOCUMENT ID | DESCRIPTION | FILING | EXPED | PENALTY | CERT | COPY |
|---|---|---|---|---|---|---|---|
| 04/10/2014 | 201410000054 | SUBSEQNT AGENT APPOINT/LIMITED/LIABILTY/PARTNER (LSA) | 25.00 | .00 | | .00 | .00 |

### Receipt
This is not a bill. Please do not remit payment.

KATZ TELLER BRANT & HILD LPA
AMY BROWN
255 E. 5TH ST., STE 2400
CINCINNATI, OH 45202

# STATE OF OHIO
## CERTIFICATE

**Ohio Secretary of State, Jon Husted**

1712826

It is hereby certified that the Secretary of State of Ohio has custody of the business records for

**OJM GROUP, LLC**

and, that said business records show the filing and recording of:

| Document(s) | Document No(s): |
|---|---|
| SUBSEQNT AGENT APPOINT/LIMITED/LIABILTY/PARTNER | 201410000054 |

Effective Date: 04/09/2014

Witness my hand and the seal of the Secretary of State at Columbus, Ohio this 10th day of April, A.D. 2014.

*Jon Husted*

United States of America
State of Ohio
Office of the Secretary of State

Ohio Secretary of State

Page 1

From: 513 762 0000    Page: 4/6    Date: 4/9/2014 3:41:35 PM

**Form 521 Prescribed by:**
**JON HUSTED**
**Ohio Secretary of State**

Central Ohio: (614) 466-3910
Toll Free: (877) SOS-FILE (767-3453)
www.OhioSecretaryofState.gov
Busserv@OhioSecretaryofState.gov

Mail this form to one of the following:

Regular Filing (non expedite)
P.O. Box 788
Columbus, OH 43216

Expedite Filing (Two-business day processing time requires an additional $100.00).
P.O. Box 1390
Columbus, OH 43216

2014 APR -9 PM 3:40

## Statutory Agent Update
### Filing Fee: $25

**(CHECK ONLY ONE(1) BOX)**

| (1) Subsequent Appointment of Agent | (2) Change of Address of an Agent | (3) Resignation of Agent |
|---|---|---|
| ☐ Corp (165-AGS) | ☐ Corp (145-AGA) | ☐ Corp (155-AGR) |
| ☐ LP (165-AGS) | ☐ LP (145-AGA) | ☐ LP (155-AGR) |
| ☒ LLC (171-LSA) | ☐ LLC (144-LAD) | ☐ LLC (153-LAG) |
| ☐ Business Trust (171-LSA) | ☐ Business Trust (144-LAD) | ☐ Partnership (153-AGR) |
| ☐ Real Estate Investment Trust (171-LSA) | ☐ Real Estate Investment Trust (144-LAD) | ☐ Business Trust (153-LAG) |
| | | ☐ Real Estate Investment Trust (153-LAG) |

Name of Entity: OJM Group, LLC

Charter, License or Registration No.: 1712826

Name of Current Agent: Jason O'Dell

**Complete the information in this section if box (1) is checked**

Name and Address of New Agent:

Corporate Statutory Services, Inc.
Name of Agent

255 E Fifth St Ste 2400
Mailing Address

| Cincinnati | Ohio | 45202 |
|---|---|---|
| City | State | Zip Code |

Form 521    Page 1 of 3    Last Revised: 11/29/12

This fax was received by GFI FAXmaker fax server. For more information, visit: http://www.gfi.com

From: 513 762 0000   Page: 5/6   Date: 4/9/2014 3:41:35 PM

---

**Complete the information in this section if box (1) is checked and business is an Ohio entity**

## ACCEPTANCE OF APPOINTMENT FOR DOMESTIC ENTITY'S AGENT

The Undersigned, **Corporate Statutory Services, Inc.**
Name of Agent
, named herein as the

statutory agent for **OJM Group, LLC**
Name of Business Entity
, hereby acknowledges

and accepts the appointment of statutory agent for said entity.

Signature: *Corporate Statutory Services, Inc. By: [signature] Amy Broomy, Asst Secy*
Individual Agent's Signature/Signature on behalf of Corporate Agent

☐ If an agent is an individual using a P.O. Box, the agent must check this box to confirm that the agent is an Ohio resident.

---

**Complete the information in this section if box (2) is checked**

New Address of Agent
Mailing Address

City | State: Ohio | Zip Code

☐ If an agent is an individual using a P.O. Box, the agent must check this box to confirm that the agent is an Ohio resident.

---

**Complete the information in this section if box (3) is checked**

The agent of record for the entity identified on page 1 resigns as statutory agent.

Current or last known address of the entity's principal office where a copy of this Resignation of Agent was sent as of the date of filing or prior to the date filed.

Mailing Address

City | State | Zip Code

---

Form 521                Page 2 of 3                Last Revised: 11/29/12

This fax was received by GFI FAXmaker fax server. For more information, visit: http://www.gfi.com

From: 513 762 0000   Page: 6/6   Date: 4/9/2014 3:41:35 PM

| | |
|---|---|
| By signing and submitting this form to the Ohio Secretary of State, the undersigned hereby certifies that he or she has the requisite authority to execute this document. | |
| **Required** Agent update must be signed by an authorized representative (see instructions for specific information). | *[signature]* <br> Authorized Representative <br><br> By (if applicable) |
| If authorized representative is an individual, then they must sign in the "signature" box and print their name in the "Print Name" box. | Jason O'Dell <br> Print Name |
| If authorized representative is a business entity, not an individual, then please print the business name in the "signature" box, an authorized representative of the business entity must sign in the "By" box and print their name in the "Print Name" box. | Authorized Representative <br><br> By (if applicable) <br><br> Print Name |

Form 521        Page 3 of 3        Last Revised: 11/29/12

This fax was received by GFI FAXmaker fax server. For more information, visit http://www.gfi.com