Exhibit 8

# Business Search - Entity Detail

The California Business Search is updated daily and reflects work processed through Wednesday, June 14, 2017. Please refer to document **Processing Times** for the received dates of filings currently being processed. The data provided is not a complete or certified record of an entity. Not all images are available online.

**199822910047    JARVIS & MANDELL, LLC**

| | |
|---|---|
| Registration Date: | 08/17/1998 |
| Jurisdiction: | CALIFORNIA |
| Entity Type: | DOMESTIC |
| Status: | CONVERTED-OUT |
| Agent for Service of Process: | CHRISTOPHER JARVIS<br>2321 ROSECRANS AVE STE 1280<br>EL SEGUNDO CA 90245 |
| Entity Address: | 2321 ROSECRANS AVE STE 1280<br>EL SEGUNDO CA 90245 |
| Entity Mailing Address: | * |
| LLC Management | Member Managed |

| Document Type | File Date | PDF |
|---|---|---|
| AMENDMENT | 02/02/2007 | Image unavailable. Please request paper copy. |
| SI-NO CHANGE | 06/05/2006 | |
| SI-COMPLETE | 07/06/2004 | |
| AMENDMENT | 03/20/2000 | |
| REGISTRATION | 08/17/1998 | |

\* Indicates the information is not contained in the California Secretary of State's database.

Note: If the agent for service of process is a corporation, the address of the agent may be requested by ordering a status report.

- For information on checking or reserving a name, refer to **Name Availability**.
- If the image is not available online, for information on ordering a copy refer to **Information Requests**.
- For information on ordering certificates, status reports, certified copies of documents and copies of documents not currently available in the Business Search or to request a more extensive search for records, refer to **Information Requests**.
- For help with searching an entity name, refer to **Search Tips**.
- For descriptions of the various fields and status types, refer to **Frequently Asked Questions**.

[Modify Search]  [New Search]  [Back to Search Results]