Exhibit 9

FLORIDA DEPARTMENT of STATE                                    DIVISION OF CORPORATIONS



Department of State / Division of Corporations / Search Records / Detail By Document Number /

# Detail by Entity Name

**Florida Limited Liability Company**
**JARVIS & DUBY, LLC**

### Filing Information

| | |
|---|---|
| **Document Number** | L06000114611 |
| **FEI/EIN Number** | 95-4706409 |
| **Date Filed** | 11/29/2006 |
| **Effective Date** | 08/17/1998 |
| **State** | FL |
| **Status** | INACTIVE |
| **Last Event** | ADMIN DISSOLUTION FOR ANNUAL REPORT |
| **Event Date Filed** | 09/27/2013 |
| **Event Effective Date** | NONE |

### Principal Address

402 BAYOU VISTA
SOUTHLAKE, TX 76092

Changed: 06/26/2012

### Mailing Address

402 BAYOU VISTA
SOUTHLAKE, TX 76092

Changed: 06/26/2012

### Registered Agent Name & Address

DUBY, NORMAN
505-1 SOUTH STEEL BRIDGE RD
JACKSONVILLE, FL 32259

Name Changed: 06/26/2012

Address Changed: 06/26/2012

### Authorized Person(s) Detail

**Name & Address**

Title MGR

RI CAPITAL MANAGEMENT, INC.

PO BOX 163415
AUSTIN, TX 78716

## Annual Reports

| Report Year | Filed Date |
|---|---|
| 2010 | 01/06/2010 |
| 2011 | 01/04/2011 |
| 2012 | 04/05/2012 |

## Document Images

| | |
|---|---|
| 06/26/2012 -- LC Amendment and Name Change | View Image in PDF format |
| 04/05/2012 -- ANNUAL REPORT | View image in PDF format |
| 01/04/2011 -- ANNUAL REPORT | View image in PDF format |
| 01/06/2010 -- ANNUAL REPORT | View image in PDF format |
| 01/15/2009 -- ANNUAL REPORT | View image in PDF format |
| 05/01/2008 -- ANNUAL REPORT | View image in PDF format |
| 11/29/2006 -- Florida Limited Liability | View image in PDF format |

Florida Department of State, Division of Corporations

# L06000114611

_____
(Requestor's Name)

_____
(Address)

_____
(Address)

_____
(City/State/Zip/Phone #)

☐ PICK-UP  ☐ WAIT  ☐ MAIL

_____
(Business Entity Name)

_____
(Document Number)

Certified Copies _____   Certificates of Status _____

Special Instructions to Filing Officer:

Office Use Only

500081892065

11/29/06--01044--011  **155.00

**EFFECTIVE DATE**
01/01/2007

J. BRYAN   DEC -1 2006

## COVER LETTER

**TO:**   Registration Section
Division of Corporations

**SUBJECT:** Jarvis and Mandell, LLC
(Name of Resulting Florida Limited Company)

The enclosed Certificate of Conversion, Articles of Organization, and fees are submitted to convert an "Other Business Entity" into a "Florida Limited Liability Company" in accordance with s. 608.439, F.S.

Please return all correspondence concerning this matter to:

David B. Mandell
(Contact Person)

Jarvis and Mandell, LLC
(Firm/Company)

155 Isle of Venice #504
(Address)

Fort Lauderdale, FL 33301
(City, State and Zip Code)

For further information concerning this matter, please call:

Christopher R. Jarvis   at ( 310 ) 612-1662
(Name of Contact Person)   (Area Code and Daytime Telephone Number)

Enclosed is a check for the following amount:

☑ $150.00 Filing Fees   ☐ $155.00 Filing Fees   ☐ $180.00 Filing Fees   ☐ $185.00 Filing Fees,
($25 for Conversion       and Certificate of         and Certified Copy      Certified Copy, and
& $125 for Articles       Status                                             Certificate of Status
of Organization)

**STREET ADDRESS:**
Registration Section
Division of Corporations
Clifton Building
2661 Executive Center Circle
Tallahassee, FL 32301

**MAILING ADDRESS:**
Registration Section
Division of Corporations
P. O. Box 6327
Tallahassee, FL 32314

**Certificate of Conversion**
For
**"Other Business Entity"**
Into
**Florida Limited Liability Company**

This Certificate of Conversion **and attached Articles of Organization** are submitted to convert the following **"Other Business Entity"** into a Florida Limited Liability **Company** in accordance with s.608.439, Florida Statutes.

1. The name of the "Other Business Entity" immediately prior to the filing of this Certificate of Conversion is:
   Jarvis and Mandell, LLC
   (Enter Name of Other Business Entity)

   EFFECTIVE DATE 01/01/2007

2. The "Other Business Entity" is a limited liability company.
   (Enter entity type. Example: corporation, limited partnership, sole proprietorship, general partnership, common law or business trust, etc.)

   first organized, formed or incorporated under the laws of California
   (Enter state, or if a non-U.S. entity, the name of the country)

   on August 17, 1998.
   (Enter date "Other Business Entity" was first organized, formed or incorporated)

3. If the jurisdiction of the "Other Business Entity" was changed, the state or country under the laws of which it is now organized, formed or incorporated:

   _____

4. The name of the Florida Limited Liability Company as set forth in the **attached Articles of Organization**:

   Jarvis and Mandell, LLC
   (Enter Name of Florida Limited Liability Company)

Page 1 of 2

5. If not effective on the date of filing, enter the effective date: __January 1, 2007__.
(The effective date: 1) cannot be prior to nor more than 90 days after the date this document is filed by the Florida Department of State; AND 2) must be the same as the effective date listed in the attached Articles of Organization, if an effective date is listed therein.)

Signed this __27th__ day of __November__ 20__06__.

Signature of Authorized Person: _____

Printed Name: __David B. Mandell__   Title: __Managing Member__

**Fees:**

| | |
|---|---|
| Certificate of Conversion: | $25.00 |
| Fees for Florida Articles of Organization: | $125.00 |
| Certified Copy: | $30.00 (Optional) |
| Certificate of Status: | $5.00 (Optional) |

**Page 2 of 2**

# ARTICLES OF ORGANIZATION FOR FLORIDA LIMITED LIABILITY COMPANY

### ARTICLE I - Name:
The name of the Limited Liability Company is:

## Jarvis and Mandell, LLC

(Must end with the words "Limited Liability Company, "Limited Company" or their abbreviation "LLC," or "L.C.,")

### ARTICLE II - Address:
The mailing address and street address of the principal office of the Limited Liability Company is:

**Principal Office Address:**

155 Isle of Venice #504
Fort Lauderdale, FL 33301

**Mailing Address:**

155 Isle of Venice #504
Fort Lauderdale, FL 33301

### ARTICLE III - Registered Agent, Registered Office, & Registered Agent's Signature:
(The Limited Liability Company cannot serve as its own Registered Agent. You must designate an individual or another business entity with an active Florida registration.)

**EFFECTIVE DATE** 01/01/2007

The name and the Florida street address of the registered agent are:

DAVID MANDELL
Name
155 Isle of Venice Drive #504
Florida street address (P.O. Box **NOT** acceptable)

Ft. Lauderdale   FL   33301
City, State, and Zip

*Having been named as registered agent and to accept service of process for the above stated limited liability company at the place designated in this certificate, I hereby accept the appointment as registered agent and agree to act in this capacity. I further agree to comply with the provisions of all statutes relating to the proper and complete performance of my duties, and I am familiar with and accept the obligations of my position as registered agent as provided for in Chapter 608, F.S..*

Registered Agent's Signature (REQUIRED)

**(CONTINUED)**
Page 1 of 2

**ARTICLE IV- Manager(s) or Managing Member(s):**
The name and address of each Manager or Managing Member is as follows:

| Title: | Name and Address: |
|---|---|
| "MGR" = Manager | |
| "MGRM" = Managing Member | |
| MGRM | David B. Mandell |
| | 155 Isle of Venice #504 |
| | Fort Lauderdale, FL 33301 |
| MGRM | Christopher R. Jarvis |

(Use attachment if necessary)

**ARTICLE V:** Effective date, if other than the date of filing: **January 1, 2007**.
(OPTIONAL)
**(If an effective date is listed, the date must be specific and cannot be more than five business days prior to or 90 days after the date of filing.)**

**REQUIRED SIGNATURE:** _/s/ David B. Mandell_

Signature of a member or an authorized representative of a member.

(In accordance with section 608.408(3), Florida Statutes, the execution of this document constitutes an affirmation under the penalties of perjury that the facts stated herein are true.)

**David B. Mandell**
Typed or printed name of signee

**Filing Fees:**

$125.00 Filing Fee for Articles of Organization and Designation of Registered Agent
$ 30.00 Certified Copy (Optional)
$ 5.00 Certificate of Status (Optional)

Page 2 of 2

L06000114611

_____
(Requestor's Name)

_____
(Address)

_____
(Address)

_____
(City/State/Zip/Phone #)

☐ PICK-UP     ☐ WAIT     ☐ MAIL

_____
(Business Entity Name)

_____
(Document Number)

Certified Copies _____     Certificates of Status _____

Special Instructions to Filing Officer:

**A. LUNT**

JUL -2 2011

**EXAMINER**

Office Use Only



900236771329

06/26/12--01006--015  **30.00

FILED 2012 JUN 26 AM 7:05
SECRETARY OF STATE
TALLAHASSEE, FLORIDA

# COVER LETTER

TO: Registration Section
Division of Corporations

SUBJECT: __Jarvis & Mandell LLC__
Name of Limited Liability Company

The enclosed Articles of Amendment and fee(s) are submitted for filing.

Please return all correspondence concerning this matter to the following:

__Christopher R. Jarvis__
Name of Person

__RI Capital Management, Inc__
Firm/Company

__402 Bayou Vista__
Address

__Southlake TX 76092__
City/State and Zip Code

__christopherjarvis@me.com__
E-mail address: (to be used for future annual report notification)

For further information concerning this matter, please call:

__Christopher R. Jarvis__ at (__512__) __484-7379__
Name of Person          Area Code & Daytime Telephone Number

Enclosed is a check for the following amount:

☐ $25.00 Filing Fee   ☒ $30.00 Filing Fee & Certificate of Status   ☐ $55.00 Filing Fee & Certified Copy (additional copy is enclosed)   ☐ $60.00 Filing Fee, Certificate of Status & Certified Copy (additional copy is enclosed)

**MAILING ADDRESS:**
Registration Section
Division of Corporations
P.O. Box 6327
Tallahassee, FL 32314

**STREET/COURIER ADDRESS:**
Registration Section
Division of Corporations
Clifton Building
2661 Executive Center Circle
Tallahassee, FL 32301

# ARTICLES OF AMENDMENT
# TO
# ARTICLES OF ORGANIZATION
# OF

_Jarvis & Mandell, LLC_
(Name of the Limited Liability Company as it now appears on our records.)
(A Florida Limited Liability Company)

The Articles of Organization for this Limited Liability Company were filed on __11/29/06__ and assigned Florida document number __L06000114611__

This amendment is submitted to amend the following:

**A. If amending name, enter the new name of the limited liability company here:**

_Jarvis & Duby, LLC_

The new name must be distinguishable and end with the words "Limited Liability Company," the designation "LLC" or the abbreviation "L.L.C."

**Enter new principal offices address, if applicable:**
*(Principal office address MUST BE A STREET ADDRESS)*

402 Bayou Vista
Southlake TX 76092

**Enter new mailing address, if applicable:**
*(Mailing address MAY BE A POST OFFICE BOX)*

402 Bayou Vista
Southlake TX 76092

**B. If amending the registered agent and/or registered office address on our records, enter the name of the new registered agent and/or the new registered office address here:**

Name of New Registered Agent: Norman Duby

New Registered Office Address: 505-1 South Steel Bridge Rd
Enter Florida street address

Jacksonville , Florida 32259
City                         Zip Code

**New Registered Agent's Signature, if changing Registered Agent:**

*I hereby accept the appointment as registered agent and agree to act in this capacity. I further agree to comply with the provisions of all statutes relative to the proper and complete performance of my duties, and I am familiar with and accept the obligations of my position as registered agent as provided for in Chapter 608, F.S. Or, if this document is being filed to merely reflect a change in the registered office address, I hereby confirm that the limited liability company has been notified in writing of this change.*

_Norman Duby_
If Changing Registered Agent, Signature of New Registered Agent

Page 1 of 2

If amending the Managers or Managing Members on our records, <u>enter the title, name, and address of each Manager or Managing Member being added or removed from our records:</u>

MGR = Manager
MGRM = Managing Member

| Title | Name | Address | Type of Action |
|---|---|---|---|
| MGR | DBM Business Management Inc | 401 E Las Olas Blvd #1400 Ft Lauderdale FL 33301 | ☐ Add ☒ Remove |
| | | | ☐ Add ☐ Remove |
| | | | ☐ Add ☐ Remove |
| | | | ☐ Add ☐ Remove |
| | | | ☒ Add ☐ Remove |
| | | | ☐ Add ☐ Remove |

D. If amending any other information, enter change(s) here: *(Attach additional sheets, if necessary.)*

Change of Address for MGR
RL Capital Management Inc
402 Bayou Vista
Southlake, TX 76092

Dated June 21, 2012

*(Signature)*
Signature of a member or authorized representative of a member
Christopher Jarvis, President RL Capital Management, Inc
Typed or printed name of signee

Page 2 of 2

Filing Fee: $25.00