UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

| | |
|---|---|
| DR. JOHN A. REPICCI and LORRAINE REPICCI, Individually, and JULIE STONE as Trustee of the JOHN A. REPICCI IRREVOCABLE LIFE INSURANCE TRUST and THE REPICCI IRREVOCABLE FAMILY TRUST,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>CHRISTOPHER R. JARVIS and OJM Group LLC,<br><br>　　　　　　　Defendants. | **NOTICE OF MOTION OF DEFENDANT CHRISTOPHER R. JARVIS FOR SUMMARY JUDGMENT**<br><br>Case No.: 1:17-cv-132 WMS-MJR<br><br>ORAL ARGUMENT REQUESTED |

_____

　　　　PLEASE TAKE NOTICE that, upon the accompanying affidavit of Christopher R. Jarvis, sworn to on February 9, 2022, with exhibits, the Declaration of Matthew Tracy dated February 11, 2022, with exhibits, Defendants' Statement Pursuant to Local Rule 56(a)(1), with exhibits, and the accompanying memorandum of law, dated February 11, 2022, and all the papers and proceedings herein, defendant Christopher R. Jarvis will move this Court, before the Hon. William M. Skretny at the United States Courthouse, 2 Niagara Square, Buffalo, New York, at a date and time to be determined by the Court, for an Order:

1. dismissing plaintiffs' Complaint against Mr. Jarvis, with prejudice pursuant to Federal Rule of Civil Procedure 56; and

2. granting Mr. Jarvis such other and further relief as the Court deems just and proper.

Mr. Jarvis intends to serve reply papers on this motion, and Local Rule of Civil Procedure 7(b)(2)(A) requires Plaintiffs to file and serve answering papers upon the undersigned within 28 days, unless the Court orders otherwise.

Dated:  New York, New York
        February 11, 2022

                                        WINGET, SPADAFORA &
                                        SCHWARTZBERG, LLP

                                        By: *Matthew Tracy*
                                        Matthew Tracy
                                        45 Broadway, 32nd Floor
                                        New York, New York 10006
                                        Telephone:  (212) 221-6900
                                        Facsimile:   (212) 221-6989
                                        Tracy.M@wssllp.com
                                        *Attorneys for Defendant*
                                        *Christopher R. Jarvis*


TO:    Richard A. Moore
        MAGAVERN MAGAVERN GRIMM, LLP
        14 Lafayette Square, Suite 1100
        Buffalo, New York 14203
        (716) 856-3500
        Rmoore6394@gmail.com