UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

DR. JOHN A. REPICCI and LORRAINE REPICCI,
Individually, and JULIE STONE as Trustee of the
JOHN A. REPICCI IRREVOCABLE LIFE INSURANCE
TRUST and THE REPICCI IRREVOCABLE FAMILY
TRUST,

                    Plaintiffs,

              v.

CHRISTOPHER R. JARVIS and OJM Group LLC,

                  Defendants.
_____

**DECLARATION OF
MATTHEW TRACY IN
SUPPORT OF DEFENDANT
CHRISTOPHER R.
JARVIS'S MOTION FOR
SUMMARY JUDGMENT**

Case No.: 1:17-cv-132

      MATTHEW TRACY, an attorney admitted to practice before this Court, pursuant to 28

U.S.C. §1746, declares under penalties of perjury as follows:

      1.     I am a member of Winget, Spadafora & Schwartzberg, LLP, counsel for defendant

Christopher Jarvis. I submit this Declaration in support of Mr. Jarvis's motion for summary

judgment.

      2.     The transcript for the Deposition of John Repicci, dated July 26, 2021, is annexed

hereto as Exhibit "A".

      3.     The transcript of the Deposition of Julie Stone, dated July 27, 2021, is annexed

hereto as Exhibit "B".

      4.     The transcript of the Deposition of Hyman Polakoff, dated September 21, 2021 is

annexed hereto as Exhibit "C".

      4.     The annual statements for the Lincoln Policy are annexed hereto as Exhibit "D".

5.      A copy of the correspondence and illustrations for the 144 Policy are annexed hereto as Exhibit "E".

6.      A copy of the January 7 2014, correspondence from Dr. Repicci to Mr. Jarvis is annexed hereto as Exhibit "F".

7.      A copy of the March 5, 2014 correspondence from Mr. Jarvis to Dr. Repicci is annexed hereto as Exhibit "G".

Dated:  New York, New York
        February 11, 2022


                        _Matthew Tracy_
                        Matthew Tracy