# EXHIBIT D

# Lincoln
**Financial Group**
Lincoln Life & Annuity
Company of New York

# 2003 Annual Statement
## *A SURVIVORSHIP UNIVERSAL LIFE  PRODUCT*

OCTOBER 10, 2002  TO OCTOBER 09, 2003

```
TRUSTEE UNDER
JOHN A REPICCI MD (DBA)
120 DEER RUN
WILLIAMSVILLE NY 14221
```

---

## GENERAL INFORMATION ON YOUR SURVIVORSHIP UNIVERSAL LIFE IV-PL  POLICY

INSURED NAME: **John A Repicci**
DATE OF BIRTH:
AGE AT ISSUE:

INSURED NAME: **Lorraine Repicci**
DATE OF BIRTH:
AGE AT ISSUE:

POLICY NUMBER: **7146026**
ISSUE DATE: **October 10, 2002**
ANNIVERSARY DATE: **October 10, 2003**
OWNER NAME: **Trustee Under John A Repicci MD (dba)**

MATURITY DATE: **October 10, 2037**
PLANNED PERIODIC
PREMIUM: **$600,000.00 Annually**

**FINANCIAL REPRESENTATIVE:**
Christopher R Jarvis

**REGIONAL SERVICE OFFICE:**
HO SERVICING AGENCY MIR1
PO BOX 5048
Hartford CT 06103-5048
1.800.444.2363

This Annual Statement was prepared on October 12, 2003. For an explanation of terms used in this Statement, please see Glossary of Key Terms.
**If you have any questions, please contact your Financial Representative or call our Client Service Center at 1.800.444.2363 between 8:00 a.m. and 6:00 p.m., Eastern Time.**
**NEW INTERNET FEATURE-Register now at www.lfg.com for personalized policy information and policy values.**

---

## POLICY VALUES AND BENEFIT SUMMARY

|  | AS OF 10/10/2002 | AS OF 10/09/2003 |
|---|---|---|
| **DEATH BENEFIT** | 25,000,000.00 | 25,000,000.00 |
| GROSS FUND VALUE | $ 0.00 | $ 516,840.69 |

**Payment Information:**
Payments received during this policy year = $600,000.00

**Interest Information:**
Effective annual rate for interest credited on
   borrowed funds = 5.000%
Average interest rate on unborrowed funds = 5.533%
Total interest credited during this policy year = $27,282.35

**Withdrawal Information:**
Partial withdrawals during this policy year = $0.00
Withdrawal fees incurred during this policy year =  $0.00

**Deduction Information:**
Expense charges during this policy year = $106,520.00
Insurance charges = $3,921.66
Total Insurance costs = $110,441.66



Repicci 000166

# Lincoln

**Financial Group**

Lincoln Life & Annuity
Company of New York

# 2005 Annual Statement

## *A SURVIVORSHIP UNIVERSAL LIFE PRODUCT*

OCTOBER 10, 2004  TO OCTOBER 09, 2005

000186

JOHN A REPICCI IRREV INS TRUST
JULIE STONE TRUSTEE
120 DEER RUN
WILLIAMSVILLE NY 14221

---

## GENERAL INFORMATION ON YOUR SURVIVORSHIP UNIVERSAL LIFE IV-PL POLICY

| | |
|---|---|
| INSURED NAME: **John A Repicci** | **FINANCIAL REPRESENTATIVE:** |
| DATE OF BIRTH: | Christopher R Jarvis |
| AGE AT ISSUE: | |
| | **REGIONAL SERVICE OFFICE:** |
| INSURED NAME: **Lorraine Repicci** | HO SERVICING AGENCY |
| DATE OF BIRTH: | 35 Church Street, MIR1, |
| AGE AT ISSUE: | Hartford CT 06103-1108 |
| | 1.800.444.2363 |

| | |
|---|---|
| POLICY NUMBER: | **7146026** |
| ISSUE DATE: | **October 10, 2002** |
| ANNIVERSARY DATE: | **October 10, 2005** |
| OWNER NAME: | **John A Repicci Irrev Ins Trust** |
| MATURITY DATE: | **October 10, 2037** |
| PLANNED PERIODIC PREMIUM: | **$600,000.00  Annually** |

This Annual Statement was prepared on October 10, 2005. For an explanation of terms used in this Statement, please see Glossary of Key Terms.

**If you have any questions, please contact your Financial Representative or call our Client Service Center at 1.800.444.2363 between 8:00 a.m. and 6:00 p.m., Eastern Time.**

**NEW INTERNET FEATURE-Register now at www.lfg.com for personalized policy information and policy values.**

---

## POLICY VALUES AND BENEFIT SUMMARY

| | AS OF 10/09/2004 | AS OF 10/09/2005 |
|---|---|---|
| **DEATH BENEFIT** | 25,000,000.00 | $4,595,908.00 |
| **GROSS FUND VALUE** | $1,044,762.74 | $1,022,495.38 |

---

**Payment Information:**
Payments received during this policy year = $0.00

**Interest Information:**
Effective annual rate for interest credited on
  borrowed funds = 5.000%
Average interest rate on unborrowed funds = 4.366%
Total interest credited during this policy year = $42,961.35

**Withdrawal Information:**
Partial withdrawals during this policy year = $0.00
Withdrawal fees incurred during this policy year =  $0.00

**Deduction Information:**
Expense charges during this policy year = $58,370.00
Insurance charges = $6,858.71
Total Insurance costs = $65,228.71

Repicci 000380



ohn
al Group
Life & Annuity
...any of New York

# 2008 Annual Statement
*A SURVIVORSHIP UNIVERSAL LIFE PRODUCT*

OCTOBER 10, 2007  TO OCTOBER 09, 2008

File
to Julie

000228   06478421
JOHN A REPICCI IRREV INS TRUST
JULIE STONE TRUSTEE
120 DEER RUN
WILLIAMSVILLE NY 14221

---

## GENERAL INFORMATION ON YOUR SURVIVORSHIP UNIVERSAL LIFE IV-FL POLICY

INSURED NAME:      John A Repicci
DATE OF BIRTH:
AGE AT ISSUE:

INSURED NAME:      Lorraine Repicci
DATE OF BIRTH:
AGE AT ISSUE:

POLICY NUMBER:      7146026
ISSUE DATE:          October 10, 2002
ANNIVERSARY DATE:    October 10, 2008
OWNER NAME:          John A Repicci Irrev Ins Trust
MATURITY DATE:       October 10, 2037
PLANNED PERIODIC
PREMIUM:             $0.00  Annually

FINANCIAL REPRESENTATIVE:
Christopher R Jarvis

REGIONAL SERVICE OFFICE:
HO SERVICING AGENCY MIR1
PO BOX 5048
Hartford CT 06103-5048
1.800.444.2363

This Annual Statement was prepared on October 12, 2008. For an explanation of terms used in this Statement, please see Glossary of Key Terms.
If you have any questions, please contact your Financial Representative or call our Client Service Center at 1.800.444.2363 between 8:00 a.m. and 6:00 p.m., Eastern Time.
NEW INTERNET FEATURE-Register now at www.lfg.com for personalized policy information and policy values.

---

## POLICY VALUES AND BENEFIT SUMMARY

|  | AS OF 10/09/2007 | AS OF 10/09/2008 |
|---|---|---|
| DEATH BENEFIT | $4,595,908.00 | $4,595,908.00 |
| GROSS FUND VALUE | $ 976,949.21 | $ 952,029.64 |

Payment Information:
Payments received during this policy year = $0.00

Interest Information:
Effective annual rate for interest credited on
   borrowed funds = 5.000%
Average interest rate on unborrowed funds = 4.108%
Total interest credited during this policy year = $40,022.65
Additional interest rate = 0.250%

Withdrawal Information:
Partial withdrawals during this policy year = $0.00
Withdrawal fees incurred during this policy year =  $0.00

Deduction Information:
Expense charges during this policy year = $58,370.00
Insurance charges = $6,572.22
Total Insurance costs = $64,942.22

Repicci 000071

00952

# Lincoln
### Financial Group
Lincoln Life & Annuity
Company of New York

# 2009 Annual Statement
## *A SURVIVORSHIP UNIVERSAL LIFE PRODUCT*

OCTOBER 10, 2008  TO OCTOBER 09, 2009

000241    06428222
JOHN A REPICCI IRREV INS TRUST
JULIE STONE TRUSTEE
120 DEER RUN
WILLIAMSVILLE NY 14221

## GENERAL INFORMATION ON YOUR SURVIVORSHIP UNIVERSAL LIFE IV-PL POLICY

INSURED NAME:           John A Repicci
DATE OF BIRTH:
AGE AT ISSUE:

INSURED NAME:           Lorraine Repicci
DATE OF BIRTH:
AGE AT ISSUE:

POLICY NUMBER:          7146026
ISSUE DATE:             October 10, 2002
ANNIVERSARY DATE:       October 10, 2009
OWNER NAME:             John A Repicci Irrev Ins Trust
MATURITY DATE:          October 10, 2037
PLANNED PERIODIC
PREMIUM:                $0.00  Annually

**FINANCIAL REPRESENTATIVE:**
Christopher R Jarvis

**REGIONAL SERVICE OFFICE:**
HO SERVICING AGENCY MIR1
PO BOX 5048
Hartford CT 06103-5048
1.800.444.2363

This Annual Statement was prepared on October 11, 2009. For an explanation of terms used in this Statement, please see Glossary of Key Terms.
**If you have any questions, please contact your Financial Representative or call our Client Service Center at 1.800.444.2363 between 8:00 a.m. and 6:00 p.m., Eastern Time.**
**NEW INTERNET FEATURE-Register now at www.lfg.com for personalized policy information and policy values.**

## POLICY VALUES AND BENEFIT SUMMARY

|  | AS OF 10/09/2008 | AS OF 10/09/2009 |
|---|---|---|
| **DEATH BENEFIT** | $4,595,908.00 | $4,595,908.00 |
| **GROSS FUND VALUE** | $ 952,029.63 | $ 923,775.02 |

**Payment Information:**
Payments received during this policy year = $0.00

**Interest Information:**
Effective annual rate for interest credited on
     borrowed funds = 5.000%
Average interest rate on unborrowed funds = 4.016%
Total interest credited during this policy year = $38,054.52
Additional interest rate = 0.250%

**Withdrawal Information:**
Partial withdrawals during this policy year = $0.00
Withdrawal fees incurred during this policy year =  $0.00

**Deduction Information:**
Expense charges during this policy year = $58,370.00
Insurance charges = $7,939.13
Total Insurance costs = $66,309.13

Repicci 000138

01001

# Lincoln
## Financial Group
Lincoln Life & Annuity
Company of New York

# 2009 Annual Statement
## *A SURVIVORSHIP UNIVERSAL LIFE PRODUCT*

OCTOBER 10, 2008  TO OCTOBER 09, 2009

000241    06428222

JOHN A REPICCI IRREV INS TRUST
JULIE STONE TRUSTEE
120 DEER RUN
WILLIAMSVILLE NY 14221

---

## GENERAL INFORMATION ON YOUR SURVIVORSHIP UNIVERSAL LIFE IV-PL  POLICY

INSURED NAME:      **John A Repicci**
DATE OF BIRTH:
AGE AT ISSUE:

INSURED NAME:      **Lorraine Repicci**
DATE OF BIRTH:
AGE AT ISSUE:

POLICY NUMBER:     **7146026**
ISSUE DATE:        **October 10, 2002**
ANNIVERSARY DATE:  **October 10, 2009**
OWNER NAME:        **John A Repicci Irrev Ins Trust**
MATURITY DATE:     **October 10, 2037**
PLANNED PERIODIC
PREMIUM:           **$0.00  Annually**

**FINANCIAL REPRESENTATIVE:**
Christopher R Jarvis

**REGIONAL SERVICE OFFICE:**
HO SERVICING AGENCY MIR1
PO BOX 5048
Hartford CT 06103-5048
1.800.444.2363

This Annual Statement was prepared on October 11, 2009. For an explanation of terms used in this Statement, please see Glossary of Key Terms.
**If you have any questions, please contact your Financial Representative or call our Client Service Center at 1.800.444.2363 between 8:00 a.m. and 6:00 p.m., Eastern Time.**
**NEW INTERNET FEATURE-Register now at www.lfg.com for personalized policy information and policy values.**

---

## POLICY VALUES AND BENEFIT SUMMARY

|  | AS OF 10/09/2008 | AS OF 10/09/2009 |
|---|---|---|
| **DEATH BENEFIT** | $4,595,908.00 | $4,595,908.00 |
| **GROSS FUND VALUE** | $ 952,029.63 | $ 923,775.02 |



**Payment Information:**
Payments received during this policy year = $0.00

**Interest Information:**
Effective annual rate for interest credited on
    borrowed funds = 5.000%
Average interest rate on unborrowed funds = 4.016%
Total interest credited during this policy year = $38,054.52
Additional interest rate = 0.250%

**Withdrawal Information:**
Partial withdrawals during this policy year = $0.00
Withdrawal fees incurred during this policy year =  $0.00

**Deduction Information:**
Expense charges during this policy year = $58,370.00
Insurance charges = $7,939.13
Total Insurance costs = $66,309.13

**Repicci 000132**

01001

# STATEMENT OF ACCOUNT

Lincoln Life & Annuity Company of New York
PO Box 21008
Greensboro NC 27420-1008
1-800-444-2363
www.LincolnFinancial.com

beginning 10-10-2013  ending 10-10-2014

Agency:  OTS01

Policy Number: 7146026
Policy Date:   10-10-2002
Insured:       LORRAINE REPICCI
Date of Birth:
Issue Age:
Sex:           F

Coverage Type: FLEXIBLE PREMIUM SURV. LIFE    (SUL4 NYL)
Death Benefit Option: LEVEL

JOHN A REPICCI
M

Planned Frequency: ANNUAL
Planned Premium:               $1.00
Specified Amount:      $4,595,908.00
Net Death Benefit:     $4,595,908.00

Owner:         JOHN A REPICCI IRREV INS TRUST
               JULIE STONE TRUSTEE
               120 DEER RUN
               WILLIAMSVILLE NY 14221

| Policy Values as of: | 10-10-2013 | 10-10-2014 |
|---|---|---|
| Net Policy Value: | $785,581.07 | $741,925.78 |
| Surrender Value: | $256,231.07 | $261,325.78 |
| Loan Balance: | $.00 | $.00 |
| Loan Value Available: | | $243,051.52 |

The Net Death Benefit is the death benefit after any outstanding Loan Balance is deducted.

## REPORT OF MONTHLY POLICY ACTIVITY

| Month Ending | Premiums Received | Expense Charges | Interest Credited Guaranteed | Excess | Total % Rate | Cost of Insurance | Cost of Riders | Partial Surrenders | End of Month Policy Value |
|---|---|---|---|---|---|---|---|---|---|
| 11-10-2013 | .00 | 4,864.17 | 2,599.78 | .00 | 4.00 | 1,552.82 | .00 | .00 | 781,763.86 |
| 12-10-2013 | .00 | 4,864.17 | 2,503.45 | .00 | 4.00 | 1,554.38 | .00 | .00 | 777,848.76 |
| 01-10-2014 | .00 | 4,864.17 | 2,573.97 | .00 | 4.00 | 1,555.98 | .00 | .00 | 774,002.58 |
| 02-10-2014 | .00 | 4,864.17 | 2,561.13 | .00 | 4.00 | 1,557.55 | .00 | .00 | 770,141.99 |
| 03-10-2014 | .00 | 4,864.17 | 2,301.27 | .00 | 4.00 | 1,559.12 | .00 | .00 | 766,019.97 |
| 04-10-2014 | .00 | 4,864.17 | 2,534.49 | .00 | 4.00 | 1,560.81 | .00 | .00 | 762,129.48 |
| 05-10-2014 | .00 | 4,864.17 | 2,440.03 | .00 | 4.00 | 1,562.40 | .00 | .00 | 758,142.94 |
| 06-10-2014 | .00 | 4,864.17 | 2,508.19 | .00 | 4.00 | 1,564.03 | .00 | .00 | 754,222.93 |
| 07-10-2014 | .00 | 4,864.17 | 2,414.49 | .00 | 4.00 | 1,565.63 | .00 | .00 | 750,207.62 |
| 08-10-2014 | .00 | 4,864.17 | 2,481.70 | .00 | 4.00 | 1,567.28 | .00 | .00 | 746,257.87 |
| 09-10-2014 | .00 | 4,864.17 | 2,468.52 | .00 | 4.00 | 1,568.89 | .00 | .00 | 742,293.33 |
| 10-10-2014 | .00 | 4,864.17 | 2,375.96 | 3,691.17 | 4.00 | 1,570.51 | .00 | .00 | 741,925.78 |
| Totals | .00 | 58,370.04 | 29,762.98 | 3,691.17 | | 18,739.40 | .00 | .00 | |

Interest has been credited monthly in the determination of policy values.  The minimum rate of interest guaranteed
is  4.00% for the first 10 years and   4.00% thereafter.  Interest in excess of the guaranteed rate may be
credited as described in the policy.  Such interest, if any, is shown above under "Excess".  Excess interest
credited on any policy value held as security for a policy loan may be at a different rate.

## PROJECTED POLICY EXPIRY DATES EXCLUDE ANY PREMIUMS APPLIED AFTER THE
## POLICY ANNIVERSARY AND ARE BASED ON THE FOLLOWING ASSUMPTIONS

| | Interest, Admin. Charges, Mortality and Expense Loads | |
|---|---|---|
| | Current # | Guaranteed |
| Planned Premiums Paid | November  2022 | March   2018 |
| No Further Premiums Paid | November  2022 | March   2018 |

\#  If Current Interest and Cost of Insurance rates change, your policy expiration dates may change.  If you
have questions, please contact the Company or your Lincoln National representative.

Projections assume loan interest is added to any Loan Balance.

IMPORTANT POLICY OWNER NOTICE: You should consider requesting more detailed information about your policy to
understand how it may perform in the future.  You should not consider replacement of your policy or make changes
in your coverage without requesting a current illustration.  You may annually request, without charge, such an
illustration by calling the number in the top left corner, or writing to the address in the top left corner, or
contacting your agent.  If you do not receive a current illustration of your policy within 30 days from your
request, you should contact your state insurance department.

Notice:  A change in the non-guaranteed elements of your policy such as Excess Interest, Expense Charges,
Indeterminate Premium, and/or a change to Participation Rate may have taken place since your last annual
statement.  Your policy value may be affected.  Please contact customer service at 800-487-1485 if you wish
additional details regarding this change.

Lincoln Life & Annuity Company of New York's Home Office is located in Syracuse, NY.

Agency:   OTS01
Agent:    D001072   CHRISTOPHER R JARVIS
                    402 BAYOU VISTA
                    SOUTHLAKE TX 76092

THANK YOU FOR ALLOWING US TO BE OF SERVICE

```
CHRISTOPHER R JARVIS
402 BAYOU VISTA
SOUTHLAKE TX 76092
```

Repicci 000319

# STATEMENT OF ACCOUNT

Lincoln Life & Annuity Company of New York
PO Box 21008
Greensboro NC 27420-1008
1-800-444-2363
www.LincolnFinancial.com

beginning 10-10-2014  ending 10-10-2015

Agency:  OTS01

| | |
|---|---|
| Policy Number: 7146026 | Coverage Type: FLEXIBLE PREMIUM SURV. LIFE     (SUL4 NYL) |
| Policy Date:  10-10-2002 | Death Benefit Option: LEVEL     Planned Frequency: ANNUAL |
| Insured:   LORRAINE REPICCI | JOHN A REPICCI |

Planned Premium:              $1.00
Specified Amount:    $4,595,908.00
Net Death Benefit:   $4,595,908.00

Date of Birth:
Issue Age:
Sex:                F                    M
Owner:       JOHN A REPICCI IRREV INS TRUST
             JULIE STONE TRUSTEE
             120 DEER RUN
             WILLIAMSVILLE NY 14221

| Policy Values as of: | 10-10-2014 | 10-10-2015 |
|---|---|---|
| Net Policy Value: | $741,925.78 | $692,112.92 |
| Surrender Value: | $261,325.78 | $261,262.92 |
| Loan Balance: | $.00 | $.00 |
| Loan Value Available: | | $246,474.45 |

The Net Death Benefit is the death benefit after any outstanding Loan Balance is deducted.

## REPORT OF MONTHLY POLICY ACTIVITY

| Month Ending | Premiums Received | Expense Charges | Interest Credited Guaranteed | Interest Credited Excess | Total % Rate | Cost of Insurance | Cost of Riders | Partial Surrenders | End of Month Policy Value |
|---|---|---|---|---|---|---|---|---|---|
| 11-10-2014 | .00 | 4,864.17 | 2,453.00 | .00 | 4.00 | 1,889.39 | .00 | .00 | 737,625.22 |
| 12-10-2014 | .00 | 4,864.17 | 2,359.85 | .00 | 4.00 | 1,891.50 | .00 | .00 | 733,229.40 |
| 01-10-2015 | .00 | 4,864.17 | 2,423.97 | .00 | 4.00 | 1,893.66 | .00 | .00 | 728,895.54 |
| 02-10-2015 | .00 | 4,864.17 | 2,409.50 | .00 | 4.00 | 1,895.79 | .00 | .00 | 724,545.08 |
| 03-10-2015 | .00 | 4,864.17 | 2,162.85 | .00 | 4.00 | 1,897.93 | .00 | .00 | 719,945.83 |
| 04-10-2015 | .00 | 4,864.17 | 2,379.62 | .00 | 4.00 | 1,900.19 | .00 | .00 | 715,561.09 |
| 05-10-2015 | .00 | 4,864.17 | 2,288.57 | .00 | 4.00 | 1,902.34 | .00 | .00 | 711,083.15 |
| 06-10-2015 | .00 | 4,864.17 | 2,350.04 | .00 | 4.00 | 1,904.54 | .00 | .00 | 706,664.48 |
| 07-10-2015 | .00 | 4,864.17 | 2,259.83 | .00 | 4.00 | 1,906.71 | .00 | .00 | 702,153.43 |
| 08-10-2015 | .00 | 4,864.17 | 2,320.23 | .00 | 4.00 | 1,908.93 | .00 | .00 | 697,700.56 |
| 09-10-2015 | .00 | 4,864.17 | 2,305.36 | .00 | 4.00 | 1,911.12 | .00 | .00 | 693,230.63 |
| 10-10-2015 | .00 | 4,864.17 | 2,216.43 | 3,443.35 | 4.00 | 1,913.32 | .00 | .00 | 692,112.92 |
| Totals | .00 | 58,370.04 | 27,929.25 | 3,443.35 | | 22,815.42 | .00 | .00 | |

Interest has been credited monthly in the determination of policy values.  The minimum rate of interest guaranteed
is   4.00% for the first 10 years and   4.00% thereafter.  Interest in excess of the guaranteed rate may be
credited as described in the policy.  Such interest, if any, is shown above under "Excess".  Excess interest
credited on any policy value held as security for a policy loan may be at a different rate.

PROJECTED POLICY EXPIRY DATES EXCLUDE ANY PREMIUMS APPLIED AFTER THE
POLICY ANNIVERSARY AND ARE BASED ON THE FOLLOWING ASSUMPTIONS

| | Current # | Guaranteed |
|---|---|---|
| | Interest, Admin. Charges, Mortality and Expense Loads | |
| Planned Premiums Paid | November  2022 | August   2018 |
| No Further Premiums Paid | November  2022 | August   2018 |

# If Current Interest and Cost of Insurance rates change, your policy expiration dates may change.  If you
have questions, please contact the Company or your Lincoln National representative.

Projections assume loan interest is added to any Loan Balance.

IMPORTANT POLICY OWNER NOTICE: You should consider requesting more detailed information about your policy to
understand how it may perform in the future.  You should not consider replacement of your policy or make changes
in your coverage without requesting a current illustration.  You may annually request, without charge, such an
illustration by calling the number in the top left corner, or writing to the address in the top left corner, or
contacting your agent.  If you do not receive a current illustration of your policy within 30 days from your
request, you should contact your state insurance department.

Notice:  A change in the non-guaranteed elements of your policy such as Excess Interest, Expense Charges,
Indeterminate Premium, and/or a change to Participation Rate may have taken place since your last annual
statement.  Your policy value may be affected.  Please contact customer service at 800-487-1485 if you wish
additional details regarding this change.

Lincoln Life & Annuity Company of New York's Home Office is located in Syracuse, NY.

Agency:   OTS01
Agent:    D001072   CHRISTOPHER R JARVIS
                    2301 IRA E WOODS AVE
                    GRAPEVINE TX 76051

THANK YOU FOR ALLOWING US TO BE OF SERVICE

```
CHRISTOPHER R JARVIS
2301 IRA E WOODS AVE
GRAPEVINE TX 76051
```

Repicci 000321

# STATEMENT OF ACCOUNT

Lincoln Life & Annuity Company of New York
PO Box 21008
Greensboro NC 27420-1008
1-800-444-2363                                                      beginning 10-10-2015  ending 10-10-2016
www.LincolnFinancial.com                                                                    Agency:  OTS01

| | | |
|---|---|---|
| Policy Number: 7146026 | Coverage Type: FLEXIBLE PREMIUM SURV. LIFE | (SUL4 NYL) |
| Policy Date:  10-10-2002 | Death Benefit Option: LEVEL | Planned Frequency: ANNUAL |
| Insured:      LORRAINE REPICCI          JOHN A REPICCI | | Planned Premium:        $1.00 |
| Date of Birth: | | Specified Amount:   $4,595,908.00 |
| Issue Age: | | Net Death Benefit:  $4,595,908.00 |
| Sex:          F                         M | | |
| Owner:        JOHN A REPICCI IRREV INS TRUST | Policy Values as of: | 10-10-2015        10-10-2016 |
| JULIE STONE TRUSTEE | | |
| 120 DEER RUN | Net Policy Value:   | $692,112.92      $634,206.46 |
| WILLIAMSVILLE NY 14221 | Surrender Value:    | $261,262.92      $254,356.46 |
| | Loan Balance:       | $.00              $.00 |
| | Loan Value Available: | $236,982.26 |

          The Net Death Benefit is the death benefit after any outstanding Loan Balance is deducted.

          PROJECTED POLICY EXPIRY DATES EXCLUDE ANY PREMIUMS APPLIED AFTER THE
          POLICY ANNIVERSARY AND ARE BASED ON THE FOLLOWING ASSUMPTIONS

                          Interest, Admin. Charges, Mortality and Expense Loads
                              Current #                    Guaranteed
| | | |
|---|---|---|
| Planned Premiums Paid | November  2022 | February  2019 |
| No Further Premiums Paid | November  2022 | February  2019 |

\#  If Current Interest and Cost of Insurance rates change, your policy expiration dates may change.  If you
   have questions, please contact the Company or your Lincoln National representative.

   Projections assume loan interest is added to any Loan Balance.

IMPORTANT POLICY OWNER NOTICE: You should consider requesting more detailed information about your policy to
understand how it may perform in the future.  You should not consider replacement of your policy or make changes
in your coverage without requesting a current illustration.  You may annually request, without charge, such an
illustration by calling the number in the top left corner, or writing to the address in the top left corner, or
contacting your agent.  If you do not receive a current illustration of your policy within 30 days from your
request, you should contact your state insurance department.

Notice:  A change in the non-guaranteed elements of your policy such as Excess Interest, Expense Charges,
Indeterminate Premium, and/or a change to Participation Rate may have taken place since your last annual
statement.  Your policy value may be affected.  Please contact customer service at 800-487-1485 if you wish
additional details regarding this change.

Lincoln Life & Annuity Company of New York's Home Office is located in Syracuse, NY.

Agency:    OTS01
Agent:    D001072    CHRISTOPHER R JARVIS
                     2301 IRA E WOODS AVE
                     GRAPEVINE TX 76051            THANK YOU FOR ALLOWING US TO BE OF SERVICE

Repicci 000322

CHRISTOPHER R JARVIS
2301 IRA E WOODS AVE
GRAPEVINE TX 76051

Repicci 000323

Policy Number : 7146026

## SUMMARY OF POLICY ACTIVITY

| Date | Type of Transaction | Amount | Balance |
|------|---------------------|--------|---------|
| 10-10-2015 | Beginning Balance | | $ 692,112.92 |
| 11-10-2015 | Interest Credited | $ 2,285.20 | $ 694,398.12 |
| 11-10-2015 | Cost of Insurance Charge | $ - 2,364.65 | $ 692,033.47 |
| 11-10-2015 | Administrative Charge | $ - 4,864.17 | $ 687,169.30 |
| 12-10-2015 | Interest Credited | $ 2,195.40 | $ 689,364.70 |
| 12-10-2015 | Cost of Insurance Charge | $ - 2,367.65 | $ 686,997.05 |
| 12-10-2015 | Administrative Charge | $ - 4,864.17 | $ 682,132.88 |
| 01-10-2016 | Interest Credited | $ 2,251.88 | $ 684,384.76 |
| 01-10-2016 | Cost of Insurance Charge | $ - 2,370.72 | $ 682,014.04 |
| 01-10-2016 | Administrative Charge | $ - 4,864.17 | $ 677,149.87 |
| 02-10-2016 | Interest Credited | $ 2,235.25 | $ 679,385.12 |
| 02-10-2016 | Cost of Insurance Charge | $ - 2,373.74 | $ 677,011.38 |
| 02-10-2016 | Administrative Charge | $ - 4,864.17 | $ 672,147.21 |
| 03-10-2016 | Interest Credited | $ 2,075.19 | $ 674,222.40 |
| 03-10-2016 | Cost of Insurance Charge | $ - 2,376.78 | $ 671,845.62 |
| 03-10-2016 | Administrative Charge | $ - 4,864.17 | $ 666,981.45 |
| 04-10-2016 | Interest Credited | $ 2,201.30 | $ 669,182.75 |
| 04-10-2016 | Cost of Insurance Charge | $ - 2,379.92 | $ 666,802.83 |
| 04-10-2016 | Administrative Charge | $ - 4,864.17 | $ 661,938.66 |
| 05-10-2016 | Interest Credited | $ 2,113.88 | $ 664,052.54 |
| 05-10-2016 | Cost of Insurance Charge | $ - 2,382.98 | $ 661,669.56 |
| 05-10-2016 | Administrative Charge | $ - 4,864.17 | $ 656,805.39 |
| 06-10-2016 | Interest Credited | $ 2,167.32 | $ 658,972.71 |
| 06-10-2016 | Cost of Insurance Charge | $ - 2,386.09 | $ 656,586.62 |
| 06-10-2016 | Administrative Charge | $ - 4,864.17 | $ 651,722.45 |
| 07-10-2016 | Interest Credited | $ 2,080.88 | $ 653,803.33 |
| 07-10-2016 | Cost of Insurance Charge | $ - 2,389.18 | $ 651,414.15 |
| 07-10-2016 | Administrative Charge | $ - 4,864.17 | $ 646,549.98 |
| 08-10-2016 | Interest Credited | $ 2,133.08 | $ 648,683.06 |
| 08-10-2016 | Cost of Insurance Charge | $ - 2,392.32 | $ 646,290.74 |
| 08-10-2016 | Administrative Charge | $ - 4,864.17 | $ 641,426.57 |
| 09-10-2016 | Interest Credited | $ 2,115.98 | $ 643,542.55 |
| 09-10-2016 | Cost of Insurance Charge | $ - 2,395.44 | $ 641,147.11 |
| 09-10-2016 | Administrative Charge | $ - 4,864.17 | $ 636,282.94 |
| 10-10-2016 | Interest Credited | $ 2,030.99 | $ 638,313.93 |
| 10-10-2016 | Performance Bonus | $ 3,155.26 | $ 641,469.19 |
| 10-10-2016 | Cost of Insurance Charge | $ - 2,398.56 | $ 639,070.63 |
| 10-10-2016 | Administrative Charge | $ - 4,864.17 | $ 634,206.46 |
| 10-10-2016 | Ending Balance | | $ 634,206.46 |

Repicci 000324

Policy Number :  7146026

_____

## SUMMARY OF POLICY ACTIVITY

_____

| Date | Type of Transaction | Amount | Balance |
|------|---------------------|--------|---------|

_____

If the Ending Balance displayed is $0.00 or negative, coverage may be kept active due to a Coverage Protection Guarantee, No Lapse Guarantee, other no-lapse provisions or your policy may have a premium payment applied after the statement date.  Full details regarding any benefits of this type are included in your policy language.

_____

## INTEREST RATE INFORMATION

_____

Credited Interest rates as of   OCTOBER 10, 2016

Guaranteed Interest Rate    4.00%
Current Interest Rate       4.00%

Interest has been credited monthly in the determination of policy values.  The minimum rate of interest guaranteed is   4.00% for the first 10 years and   4.00% thereafter.  Interest in excess of the guaranteed rate may be credited as described in the policy.  Such interest, if any, is shown above under "Excess Interest Credited". Excess interest credited on any policy value held as security for a policy loan may be at a different rate.

Repicci 000325

# STATEMENT OF ACCOUNT

| | |
|---|---|
| Lincoln Life & Annuity Company of New York | |
| PO Box 21008 | |
| Greensboro NC 27420-1008 | beginning 10-10-2016  ending 10-10-2017 |
| 1-800-444-2363 | |
| www.LincolnFinancial.com | Agency:  OTS01 |

| | | | | |
|---|---|---|---|---|
| Policy Number: | 7146026 | Coverage Type: | FLEXIBLE PREMIUM SURV. LIFE | (SUL4 NYL) |
| Policy Date: | 10-10-2002 | Death Benefit Option: | LEVEL | Planned Frequency: ANNUAL |
| Insured: | LORRAINE REPICCI | JOHN A REPICCI | | Planned Premium: $1.00 |
| Date of Birth: | | | | Specified Amount: $4,595,908.00 |
| Issue Age: | | | | Net Death Benefit: $4,595,908.00 |
| Sex: | F | M | | |
| Owner: | JOHN A REPICCI IRREV INS TRUST | | Policy Values as of: | 10-10-2016   10-10-2017 |
| | JULIE STONE TRUSTEE | | | |
| | 120 DEER RUN | | Net Policy Value: | $634,206.46   $566,573.24 |
| | WILLIAMSVILLE NY 14221 | | Surrender Value: | $254,356.46   $239,473.24 |
| | | | Loan Balance: | $.00   $.00 |
| | | | Loan Value Available: | $225,918.15 |

The Net Death Benefit is the death benefit after any outstanding Loan Balance is deducted.

---

PROJECTED POLICY EXPIRY DATES EXCLUDE ANY PREMIUMS APPLIED AFTER THE
POLICY ANNIVERSARY AND ARE BASED ON THE FOLLOWING ASSUMPTIONS

| | Interest, Admin. Charges, Mortality and Expense Loads | |
|---|---|---|
| | Current # | Guaranteed |
| Planned Premiums Paid | November   2022 | September   2019 |
| No Further Premiums Paid | November   2022 | September   2019 |

\#  If Current Interest and Cost of Insurance rates change, your policy expiration dates may change.  If you
have questions, please contact the Company or your Lincoln National representative.

Projections assume loan interest is added to any Loan Balance.

---

IMPORTANT POLICY OWNER NOTICE: You should consider requesting more detailed information about your policy to
understand how it may perform in the future.  You should not consider replacement of your policy or make changes
in your coverage without requesting a current illustration.  You may annually request, without charge, such an
illustration by calling the number in the top left corner, or writing to the address in the top left corner, or
contacting your agent.  If you do not receive a current illustration of your policy within 30 days from your
request, you should contact your state insurance department.

---

Notice:  A change in the non-guaranteed elements of your policy such as Excess Interest, Expense Charges,
Indeterminate Premium, and/or a change to Participation Rate may have taken place since your last annual
statement.  Your policy value may be affected.  Please contact customer service at 800-487-1485 if you wish
additional details regarding this change.

Lincoln Life & Annuity Company of New York's Home Office is located in Syracuse, NY.

| | |
|---|---|
| Agency: | OTS01 |
| Agent: | |

THANK YOU FOR ALLOWING US TO BE OF SERVICE

Repicci 000326

Repicci 000327

Policy Number : 7146026

_____

## SUMMARY OF POLICY ACTIVITY

_____

| Date | Type of Transaction | Amount | Balance |
|------|---------------------|--------|---------|
| 10-10-2016 | Beginning Balance | | $ 634,206.46 |
| 11-10-2016 | Interest Credited | $ 2,090.11 | $ 636,296.57 |
| 11-10-2016 | Cost of Insurance Charge | $ - 2,928.91 | $ 633,367.66 |
| 11-10-2016 | Administrative Charge | $ - 4,864.17 | $ 628,503.49 |
| 12-10-2016 | Interest Credited | $ 2,004.15 | $ 630,507.64 |
| 12-10-2016 | Cost of Insurance Charge | $ - 2,933.14 | $ 627,574.50 |
| 12-10-2016 | Administrative Charge | $ - 4,864.17 | $ 622,710.33 |
| 01-10-2017 | Interest Credited | $ 2,051.72 | $ 624,762.05 |
| 01-10-2017 | Cost of Insurance Charge | $ - 2,937.43 | $ 621,824.62 |
| 01-10-2017 | Administrative Charge | $ - 4,864.17 | $ 616,960.45 |
| 02-10-2017 | Interest Credited | $ 2,032.52 | $ 618,992.97 |
| 02-10-2017 | Cost of Insurance Charge | $ - 2,941.69 | $ 616,051.28 |
| 02-10-2017 | Administrative Charge | $ - 4,864.17 | $ 611,187.11 |
| 03-10-2017 | Interest Credited | $ 1,818.12 | $ 613,005.23 |
| 03-10-2017 | Cost of Insurance Charge | $ - 2,945.98 | $ 610,059.25 |
| 03-10-2017 | Administrative Charge | $ - 4,864.17 | $ 605,195.08 |
| 04-10-2017 | Interest Credited | $ 1,993.24 | $ 607,188.32 |
| 04-10-2017 | Cost of Insurance Charge | $ - 2,950.42 | $ 604,237.90 |
| 04-10-2017 | Administrative Charge | $ - 4,864.17 | $ 599,373.73 |
| 05-10-2017 | Interest Credited | $ 1,910.03 | $ 601,283.76 |
| 05-10-2017 | Cost of Insurance Charge | $ - 2,954.73 | $ 598,329.03 |
| 05-10-2017 | Administrative Charge | $ - 4,864.17 | $ 593,464.86 |
| 06-10-2017 | Interest Credited | $ 1,954.07 | $ 595,418.93 |
| 06-10-2017 | Cost of Insurance Charge | $ - 2,959.11 | $ 592,459.82 |
| 06-10-2017 | Administrative Charge | $ - 4,864.17 | $ 587,595.65 |
| 07-10-2017 | Interest Credited | $ 1,871.97 | $ 589,467.62 |
| 07-10-2017 | Cost of Insurance Charge | $ - 2,963.46 | $ 586,504.16 |
| 07-10-2017 | Administrative Charge | $ - 4,864.17 | $ 581,639.99 |
| 08-10-2017 | Interest Credited | $ 1,914.58 | $ 583,554.57 |
| 08-10-2017 | Cost of Insurance Charge | $ - 2,967.88 | $ 580,586.69 |
| 08-10-2017 | Administrative Charge | $ - 4,864.17 | $ 575,722.52 |
| 09-10-2017 | Interest Credited | $ 1,894.82 | $ 577,617.34 |
| 09-10-2017 | Cost of Insurance Charge | $ - 2,972.26 | $ 574,645.08 |
| 09-10-2017 | Administrative Charge | $ - 4,864.17 | $ 569,780.91 |
| 10-10-2017 | Interest Credited | $ 1,814.40 | $ 571,595.31 |
| 10-10-2017 | Performance Bonus | $ 2,818.77 | $ 574,414.08 |
| 10-10-2017 | Cost of Insurance Charge | $ - 2,976.67 | $ 571,437.41 |
| 10-10-2017 | Administrative Charge | $ - 4,864.17 | $ 566,573.24 |
| 10-10-2017 | Ending Balance | | $ 566,573.24 |

Repicci 000328

Policy Number :  7146026

---

## SUMMARY OF POLICY ACTIVITY

---

| Date | Type of Transaction | Amount | Balance |
|------|--------------------|--------|---------|

---

If the Ending Balance displayed is $0.00 or negative, coverage may be kept active due to a Coverage
Protection Guarantee, No Lapse Guarantee, other no-lapse provisions or your policy may have a premium
payment applied after the statement date.  Full details regarding any benefits of this type are included
in your policy language.

---

## INTEREST RATE INFORMATION

---

Credited Interest rates as of   OCTOBER 10, 2017

Guaranteed Interest Rate    4.00%
Current Interest Rate       4.00%

Interest has been credited monthly in the determination of policy values.  The minimum rate of interest guaranteed
is   4.00% for the first 10 years and    4.00% thereafter.  Interest in excess of the guaranteed rate may be
credited as described in the policy.  Such interest, if any, is shown above under "Excess Interest Credited".
Excess interest credited on any policy value held as security for a policy loan may be at a different rate.

Repicci 000329

# STATEMENT OF ACCOUNT

Lincoln Life & Annuity Company of New York
PO Box 21008
Greensboro NC 27420-1008                                    beginning 10-10-2017  ending 10-10-2018
1-800-444-2363
www.LincolnFinancial.com                                                        Agency:  OTS01

| | | | | |
|---|---|---|---|---|
| Policy Number: | 7146026 | Coverage Type: | FLEXIBLE PREMIUM SURV. LIFE | (SUL4 NYL) |
| Policy Date: | 10-10-2002 | Death Benefit Option: | LEVEL | Planned Frequency: ANNUAL |
| Insured: | LORRAINE REPICCI | JOHN A REPICCI | | Planned Premium: $1.00 |
| Date of Birth: | | | | Specified Amount: $4,595,908.00 |
| Issue Age: | | | | Net Death Benefit: $4,595,908.00 |
| Sex: | F | M | | |

Owner:        JOHN A REPICCI IRREV INS TRUST          Policy Values as of:      10-10-2017       10-10-2018
              JULIE STONE TRUSTEE
              120 DEER RUN                             Net Policy Value:      $566,573.24      $486,032.35
              WILLIAMSVILLE NY 14221               Surrender Value:      $239,473.24      $214,432.35
                                                       Loan Balance:            $.00             $.00
                                                  Loan Value Available:                     $202,294.67

            The Net Death Benefit is the death benefit after any outstanding Loan Balance is deducted.

              PROJECTED POLICY EXPIRY DATES EXCLUDE ANY PREMIUMS APPLIED AFTER THE
                 POLICY ANNIVERSARY AND ARE BASED ON THE FOLLOWING ASSUMPTIONS

                              Interest, Admin. Charges, Mortality and Expense Loads
                                      Current #                    Guaranteed
         Planned Premiums Paid         November  2022          March      2020
         No Further Premiums Paid      November  2022          March      2020

# If Current Interest and Cost of Insurance rates change, your policy expiration dates may change.  If you
  have questions, please contact the Company or your Lincoln National representative.

  Projections assume loan interest is added to any Loan Balance.

IMPORTANT POLICY OWNER NOTICE: You should consider requesting more detailed information about your policy to
understand how it may perform in the future.  You should not consider replacement of your policy or make changes
in your coverage without requesting a current illustration.  You may annually request, without charge, such an
illustration by calling the number in the top left corner, or writing to the address in the top left corner, or
contacting your agent.  If you do not receive a current illustration of your policy within 30 days from your
request, you should contact your state insurance department.

Notice:  A change in the non-guaranteed elements of your policy such as Excess Interest, Expense Charges,
Indeterminate Premium, and/or a change to Participation Rate may have taken place since your last annual
statement.  Your policy value may be affected.  Please contact customer service at 800-487-1485 if you wish
additional details regarding this change.

Lincoln Life & Annuity Company of New York's Home Office is located in Syracuse, NY.

Agency:     OTS01
Agent:

                                            THANK YOU FOR ALLOWING US TO BE OF SERVICE

Repicci 000331

Policy Number :   7146026

## SUMMARY OF POLICY ACTIVITY

| Date | Type of Transaction | Amount | Balance |
|------|---------------------|--------|---------|
| 10-10-2017 | Beginning Balance | | $   566,573.24 |
| 11-10-2017 | Interest Credited | $   1,861.81 | $   568,435.05 |
| 11-10-2017 | Cost of Insurance Charge | $ - 3,717.45 | $   564,717.60 |
| 11-10-2017 | Administrative Charge | $ - 4,864.17 | $   559,853.43 |
| 12-10-2017 | Interest Credited | $   1,779.94 | $   561,633.37 |
| 12-10-2017 | Cost of Insurance Charge | $ - 3,723.66 | $   557,909.71 |
| 12-10-2017 | Administrative Charge | $ - 4,864.17 | $   553,045.54 |
| 01-10-2018 | Interest Credited | $   1,816.63 | $   554,862.17 |
| 01-10-2018 | Cost of Insurance Charge | $ - 3,729.96 | $   551,132.21 |
| 01-10-2018 | Administrative Charge | $ - 4,864.17 | $   546,268.04 |
| 02-10-2018 | Interest Credited | $   1,794.00 | $   548,062.04 |
| 02-10-2018 | Cost of Insurance Charge | $ - 3,736.23 | $   544,325.81 |
| 02-10-2018 | Administrative Charge | $ - 4,864.17 | $   539,461.64 |
| 03-10-2018 | Interest Credited | $   1,599.59 | $   541,061.23 |
| 03-10-2018 | Cost of Insurance Charge | $ - 3,742.52 | $   537,318.71 |
| 03-10-2018 | Administrative Charge | $ - 4,864.17 | $   532,454.54 |
| 04-10-2018 | Interest Credited | $   1,747.86 | $   534,202.40 |
| 04-10-2018 | Cost of Insurance Charge | $ - 3,749.01 | $   530,453.39 |
| 04-10-2018 | Administrative Charge | $ - 4,864.17 | $   525,589.22 |
| 05-10-2018 | Interest Credited | $   1,669.20 | $   527,258.42 |
| 05-10-2018 | Cost of Insurance Charge | $ - 3,755.35 | $   523,503.07 |
| 05-10-2018 | Administrative Charge | $ - 4,864.17 | $   518,638.90 |
| 06-10-2018 | Interest Credited | $   1,701.72 | $   520,340.62 |
| 06-10-2018 | Cost of Insurance Charge | $ - 3,761.78 | $   516,578.84 |
| 06-10-2018 | Administrative Charge | $ - 4,864.17 | $   511,714.67 |
| 07-10-2018 | Interest Credited | $   1,624.36 | $   513,339.03 |
| 07-10-2018 | Cost of Insurance Charge | $ - 3,768.19 | $   509,570.84 |
| 07-10-2018 | Administrative Charge | $ - 4,864.17 | $   504,706.67 |
| 08-10-2018 | Interest Credited | $   1,655.19 | $   506,361.86 |
| 08-10-2018 | Cost of Insurance Charge | $ - 3,774.67 | $   502,587.19 |
| 08-10-2018 | Administrative Charge | $ - 4,864.17 | $   497,723.02 |
| 09-10-2018 | Interest Credited | $   1,631.87 | $   499,354.89 |
| 09-10-2018 | Cost of Insurance Charge | $ - 3,781.13 | $   495,573.76 |
| 09-10-2018 | Administrative Charge | $ - 4,864.17 | $   490,709.59 |
| 10-10-2018 | Interest Credited | $   1,556.48 | $   492,266.07 |
| 10-10-2018 | Performance Bonus | $   2,418.07 | $   494,684.14 |
| 10-10-2018 | Cost of Insurance Charge | $ - 3,787.62 | $   490,896.52 |
| 10-10-2018 | Administrative Charge | $ - 4,864.17 | $   486,032.35 |
| 10-10-2018 | Ending Balance | | $   486,032.35 |

Repicci 000332

Policy Number :  7146026

_____

## SUMMARY OF POLICY ACTIVITY

_____

| Date | Type of Transaction | Amount | Balance |
|------|---------------------|--------|---------|

_____

If the Ending Balance displayed is $0.00 or negative, coverage may be kept active due to a Coverage
Protection Guarantee, No Lapse Guarantee, other no-lapse provisions or your policy may have a premium
payment applied after the statement date.  Full details regarding any benefits of this type are included
in your policy language.

_____

## INTEREST RATE INFORMATION

_____

Credited Interest rates as of   OCTOBER 10, 2018

Guaranteed Interest Rate    4.00%
Current Interest Rate       4.00%


Interest has been credited monthly in the determination of policy values.  The minimum rate of interest guaranteed
is   4.00% for the first 10 years and   4.00% thereafter.  Interest in excess of the guaranteed rate may be
credited as described in the policy.  Such interest, if any, is shown above under "Excess Interest Credited".
Excess interest credited on any policy value held as security for a policy loan may be at a different rate.

**Repicci 000333**

# STATEMENT OF ACCOUNT

Lincoln Life & Annuity Company of New York
PO Box 21008
Greensboro NC 27420-1008                          beginning 10-10-2018  ending 10-10-2019
1-800-444-2363
www.LincolnFinancial.com                                            Agency:  OTS01

| | | | | | |
|---|---|---|---|---|---|
| Policy Number: | 7146026 | Coverage Type: | FLEXIBLE PREMIUM SURV. LIFE | | (SUL4 NYL) |
| Policy Date: | 10-10-2002 | Death Benefit Option: | LEVEL | Planned Frequency: | ANNUAL |
| Insured: | LORRAINE REPICCI | JOHN A REPICCI | | Planned Premium: | $1.00 |
| Date of Birth: | | | | Specified Amount: | $4,595,908.00 |
| Issue Age: | | | | Net Death Benefit: | $4,595,908.00 |
| Sex: | F | M | | | |
| Owner: | JOHN A REPICCI IRREV INS TRUST | | Policy Values as of: | 10-10-2018 | 10-10-2019 |
| | JULIE STONE TRUSTEE | | | | |
| | 120 DEER RUN | | Net Policy Value: | $486,032.35 | $392,294.47 |
| | WILLIAMSVILLE NY 14221 | | Surrender Value: | $214,432.35 | $179,444.47 |
| | | | Loan Balance: | $.00 | $.00 |
| | | | Loan Value Available: | | $169,287.24 |

The Net Death Benefit is the death benefit after any outstanding Loan Balance is deducted.

---

PROJECTED POLICY EXPIRY DATES EXCLUDE ANY PREMIUMS APPLIED AFTER THE
POLICY ANNIVERSARY AND ARE BASED ON THE FOLLOWING ASSUMPTIONS

Interest, Admin. Charges, Mortality and Expense Loads

| | Current # | | Guaranteed | |
|---|---|---|---|---|
| Planned Premiums Paid | November | 2022 | November | 2020 |
| No Further Premiums Paid | November | 2022 | November | 2020 |

\#  If Current Interest and Cost of Insurance rates change, your policy expiration dates may change.  If you
have questions, please contact the Company or your Lincoln National representative.

Projections assume loan interest is added to any Loan Balance.

---

IMPORTANT POLICY OWNER NOTICE: You should consider requesting more detailed information about your policy to
understand how it may perform in the future.  You should not consider replacement of your policy or make changes
in your coverage without requesting a current illustration.  You may annually request, without charge, such an
illustration by calling the number in the top left corner, or writing to the address in the top left corner, or
contacting your agent.  If you do not receive a current illustration of your policy within 30 days from your
request, you should contact your state insurance department.

---

Notice:  A change in the non-guaranteed elements of your policy such as Excess Interest, Expense Charges,
Indeterminate Premium, and/or a change to Participation Rate may have taken place since your last annual
statement.  Your policy value may be affected.  Please contact customer service at 800-487-1485 if you wish
additional details regarding this change.

Lincoln Life & Annuity Company of New York's Home Office is located in Syracuse, NY.

Agency:     OTS01
Agent:

THANK YOU FOR ALLOWING US TO BE OF SERVICE

Repicci 000335

Policy Number : 7146026

## SUMMARY OF POLICY ACTIVITY

| Date | Type of Transaction | Amount | Balance |
|------|---------------------|--------|---------|
| 10-10-2018 | Beginning Balance | | $ 486,032.35 |
| 11-10-2018 | Interest Credited | $ 1,590.53 | $ 487,622.88 |
| 11-10-2018 | Cost of Insurance Charge | $ - 4,480.62 | $ 483,142.26 |
| 11-10-2018 | Administrative Charge | $ - 4,864.17 | $ 478,278.09 |
| 12-10-2018 | Interest Credited | $ 1,514.07 | $ 479,792.16 |
| 12-10-2018 | Cost of Insurance Charge | $ - 4,489.09 | $ 475,303.07 |
| 12-10-2018 | Administrative Charge | $ - 4,864.17 | $ 470,438.90 |
| 01-10-2019 | Interest Credited | $ 1,538.44 | $ 471,977.34 |
| 01-10-2019 | Cost of Insurance Charge | $ - 4,497.66 | $ 467,479.68 |
| 01-10-2019 | Administrative Charge | $ - 4,864.17 | $ 462,615.51 |
| 02-10-2019 | Interest Credited | $ 1,512.31 | $ 464,127.82 |
| 02-10-2019 | Cost of Insurance Charge | $ - 4,506.20 | $ 459,621.62 |
| 02-10-2019 | Administrative Charge | $ - 4,864.17 | $ 454,757.45 |
| 03-10-2019 | Interest Credited | $ 1,342.03 | $ 456,099.48 |
| 03-10-2019 | Cost of Insurance Charge | $ - 4,514.79 | $ 451,584.69 |
| 03-10-2019 | Administrative Charge | $ - 4,864.17 | $ 446,720.52 |
| 04-10-2019 | Interest Credited | $ 1,459.22 | $ 448,179.74 |
| 04-10-2019 | Cost of Insurance Charge | $ - 4,523.58 | $ 443,656.16 |
| 04-10-2019 | Administrative Charge | $ - 4,864.17 | $ 438,791.99 |
| 05-10-2019 | Interest Credited | $ 1,386.44 | $ 440,178.43 |
| 05-10-2019 | Cost of Insurance Charge | $ - 4,532.24 | $ 435,646.19 |
| 05-10-2019 | Administrative Charge | $ - 4,864.17 | $ 430,782.02 |
| 06-10-2019 | Interest Credited | $ 1,405.98 | $ 432,188.00 |
| 06-10-2019 | Cost of Insurance Charge | $ - 4,541.00 | $ 427,647.00 |
| 06-10-2019 | Administrative Charge | $ - 4,864.17 | $ 422,782.83 |
| 07-10-2019 | Interest Credited | $ 1,334.69 | $ 424,117.52 |
| 07-10-2019 | Cost of Insurance Charge | $ - 4,549.74 | $ 419,567.78 |
| 07-10-2019 | Administrative Charge | $ - 4,864.17 | $ 414,703.61 |
| 08-10-2019 | Interest Credited | $ 1,352.27 | $ 416,055.88 |
| 08-10-2019 | Cost of Insurance Charge | $ - 4,558.57 | $ 411,497.31 |
| 08-10-2019 | Administrative Charge | $ - 4,864.17 | $ 406,633.14 |
| 09-10-2019 | Interest Credited | $ 1,325.31 | $ 407,958.45 |
| 09-10-2019 | Cost of Insurance Charge | $ - 4,567.39 | $ 403,391.06 |
| 09-10-2019 | Administrative Charge | $ - 4,864.17 | $ 398,526.89 |
| 10-10-2019 | Interest Credited | $ 1,256.29 | $ 399,783.18 |
| 10-10-2019 | Performance Bonus | $ 1,951.71 | $ 401,734.89 |
| 10-10-2019 | Cost of Insurance Charge | $ - 4,576.25 | $ 397,158.64 |
| 10-10-2019 | Administrative Charge | $ - 4,864.17 | $ 392,294.47 |
| 10-10-2019 | Ending Balance | | $ 392,294.47 |

Repicci 000336

Policy Number :   7146026

---

## SUMMARY OF POLICY ACTIVITY

---

| Date | Type of Transaction | Amount | Balance |
|------|---------------------|--------|---------|

---

If the Ending Balance displayed is $0.00 or negative, coverage may be kept active due to a Coverage Protection Guarantee, No Lapse Guarantee, other no-lapse provisions or your policy may have a premium payment applied after the statement date.  Full details regarding any benefits of this type are included in your policy language.

---

## INTEREST RATE INFORMATION

---

Credited Interest rates as of   OCTOBER 10, 2019

Guaranteed Interest Rate     4.00%
Current Interest Rate        4.00%

Interest has been credited monthly in the determination of policy values.  The minimum rate of interest guaranteed is   4.00% for the first 10 years and   4.00% thereafter.  Interest in excess of the guaranteed rate may be credited as described in the policy.  Such interest, if any, is shown above under "Excess Interest Credited". Excess interest credited on any policy value held as security for a policy loan may be at a different rate.

# STATEMENT OF ACCOUNT

Lincoln Life & Annuity Company of New York
PO Box 21008
Greensboro NC 27420-1008                      beginning 10-10-2019  ending 10-10-2020
1-800-444-2363
www.LincolnFinancial.com                                            Agency:  OTS01

| | | | | |
|---|---|---|---|---|
| Policy Number: | 7146026 | Coverage Type: | FLEXIBLE PREMIUM SURV. LIFE | (SUL4 NYL) |
| Policy Date: | 10-10-2002 | Death Benefit Option: | LEVEL | Planned Frequency: ANNUAL |
| Insured: | LORRAINE REPICCI | JOHN A REPICCI | | Planned Premium: $1.00 |
| Date of Birth: | | | | Specified Amount: $4,595,908.00 |
| Issue Age: | | | | Net Death Benefit: $4,595,908.00 |
| Sex: | F | M | | |

| Owner: | JOHN A REPICCI IRREV INS TRUST | Policy Values as of: | 10-10-2019 | 10-10-2020 |
|---|---|---|---|---|
| | JULIE STONE TRUSTEE | | | |
| | 120 DEER RUN | Net Policy Value: | $392,294.47 | $283,864.68 |
| | WILLIAMSVILLE NY 14221 | Surrender Value: | $179,444.47 | $134,514.68 |
| | | Loan Balance: | $.00 | $.00 |
| | | Loan Value Available: | | $126,900.64 |

The Net Death Benefit is the death benefit after any outstanding Loan Balance is deducted.

---

PROJECTED POLICY EXPIRY DATES EXCLUDE ANY PREMIUMS APPLIED AFTER THE
POLICY ANNIVERSARY AND ARE BASED ON THE FOLLOWING ASSUMPTIONS

Interest, Admin. Charges, Mortality and Expense Loads

| | Current # | Guaranteed |
|---|---|---|
| Planned Premiums Paid | November  2022 | June   2021 * |
| No Further Premiums Paid | November  2022 | June   2021 * |

\# If Current Interest and Cost of Insurance rates change, your policy expiration dates may change.  If you
have questions, please contact the Company or your Lincoln National representative.

Projections assume loan interest is added to any Loan Balance.
* The above projection indicates that the policy's net cash surrender value will not maintain insurance in force
until the next policy anniversary unless additional premiums are paid assuming guaranteed interest, mortality
and expense loads.

IMPORTANT POLICY OWNER NOTICE: You should consider requesting more detailed information about your policy to
understand how it may perform in the future.  You should not consider replacement of your policy or make changes
in your coverage without requesting a current illustration.  You may annually request, without charge, such an
illustration by calling the number in the top left corner, or writing to the address in the top left corner, or
contacting your agent.  If you do not receive a current illustration of your policy within 30 days from your
request, you should contact your state insurance department.

Notice:  A change in the non-guaranteed elements of your policy such as Excess Interest, Expense Charges,
Indeterminate Premium, and/or a change to Participation Rate may have taken place since your last annual
statement.  Your policy value may be affected.  Please contact customer service at 800-487-1485 if you wish
additional details regarding this change.

Lincoln Life & Annuity Company of New York's Home Office is located in Syracuse, NY.

Agency:    OTS01
Agent:

THANK YOU FOR ALLOWING US TO BE OF SERVICE

**Repicci 000338**

Repicci 000339

Policy Number :  7146026

## SUMMARY OF POLICY ACTIVITY

| Date | Type of Transaction | Amount | Balance |
|------|---------------------|--------|---------|
| 10-10-2019 | Beginning Balance | | $   392,294.47 |
| 11-10-2019 | Interest Credited | $   1,274.97 | $   393,569.44 |
| 11-10-2019 | Cost of Insurance Charge | $ - 5,316.76 | $   388,252.68 |
| 11-10-2019 | Administrative Charge | $ - 4,864.17 | $   383,388.51 |
| 12-10-2019 | Interest Credited | $   1,204.98 | $   384,593.49 |
| 12-10-2019 | Cost of Insurance Charge | $ - 5,328.05 | $   379,265.44 |
| 12-10-2019 | Administrative Charge | $ - 4,864.17 | $   374,401.27 |
| 01-10-2020 | Interest Credited | $   1,215.19 | $   375,616.46 |
| 01-10-2020 | Cost of Insurance Charge | $ - 5,339.44 | $   370,277.02 |
| 01-10-2020 | Administrative Charge | $ - 4,864.17 | $   365,412.85 |
| 02-10-2020 | Interest Credited | $   1,185.16 | $   366,598.01 |
| 02-10-2020 | Cost of Insurance Charge | $ - 5,350.84 | $   361,247.17 |
| 02-10-2020 | Administrative Charge | $ - 4,864.17 | $   356,383.00 |
| 03-10-2020 | Interest Credited | $   1,080.36 | $   357,463.36 |
| 03-10-2020 | Cost of Insurance Charge | $ - 5,362.29 | $   352,101.07 |
| 03-10-2020 | Administrative Charge | $ - 4,864.17 | $   347,236.90 |
| 04-10-2020 | Interest Credited | $   1,124.44 | $   348,361.34 |
| 04-10-2020 | Cost of Insurance Charge | $ - 5,373.88 | $   342,987.46 |
| 04-10-2020 | Administrative Charge | $ - 4,864.17 | $   338,123.29 |
| 05-10-2020 | Interest Credited | $   1,058.65 | $   339,181.94 |
| 05-10-2020 | Cost of Insurance Charge | $ - 5,385.44 | $   333,796.50 |
| 05-10-2020 | Administrative Charge | $ - 4,864.17 | $   328,932.33 |
| 06-10-2020 | Interest Credited | $   1,063.29 | $   329,995.62 |
| 06-10-2020 | Cost of Insurance Charge | $ - 5,397.09 | $   324,598.53 |
| 06-10-2020 | Administrative Charge | $ - 4,864.17 | $   319,734.36 |
| 07-10-2020 | Interest Credited | $     999.20 | $   320,733.56 |
| 07-10-2020 | Cost of Insurance Charge | $ - 5,408.76 | $   315,324.80 |
| 07-10-2020 | Administrative Charge | $ - 4,864.17 | $   310,460.63 |
| 08-10-2020 | Interest Credited | $   1,001.58 | $   311,462.21 |
| 08-10-2020 | Cost of Insurance Charge | $ - 5,420.51 | $   306,041.70 |
| 08-10-2020 | Administrative Charge | $ - 4,864.17 | $   301,177.53 |
| 09-10-2020 | Interest Credited | $     970.56 | $   302,148.09 |
| 09-10-2020 | Cost of Insurance Charge | $ - 5,432.28 | $   296,715.81 |
| 09-10-2020 | Administrative Charge | $ - 4,864.17 | $   291,851.64 |
| 10-10-2020 | Interest Credited | $     909.05 | $   292,760.69 |
| 10-10-2020 | Performance Bonus | $   1,412.26 | $   294,172.95 |
| 10-10-2020 | Cost of Insurance Charge | $ - 5,444.10 | $   288,728.85 |
| 10-10-2020 | Administrative Charge | $ - 4,864.17 | $   283,864.68 |
| 10-10-2020 | Ending Balance | | $   283,864.68 |

**Repicci 000340**

Policy Number :  7146026

---

## SUMMARY OF POLICY ACTIVITY

---

| Date | Type of Transaction | Amount | Balance |
|------|---------------------|--------|---------|

---

If the Ending Balance displayed is $0.00 or negative, coverage may be kept active due to a Coverage Protection Guarantee, No Lapse Guarantee, other no-lapse provisions or your policy may have a premium payment applied after the statement date.  Full details regarding any benefits of this type are included in your policy language.

---

## INTEREST RATE INFORMATION

---

Credited Interest rates as of   OCTOBER 10, 2020

Guaranteed Interest Rate     4.00%
Current Interest Rate        4.00%

Interest has been credited monthly in the determination of policy values.  The minimum rate of interest guaranteed is   4.00% for the first 10 years and   4.00% thereafter.  Interest in excess of the guaranteed rate may be credited as described in the policy.  Such interest, if any, is shown above under "Excess Interest Credited". Excess interest credited on any policy value held as security for a policy loan may be at a different rate.

Repicci 000341



Lincoln Life & Annuity Company of New York (Lincoln)
The Lincoln National Life Insurance Company (Lincoln)
PO Box 21008
Greensboro, NC  27420

**Overnight Address:**
100 North Greene Street
Greensboro, NC  27401

JULIE STONE
JULIE STONE TTEE
HYMAN B POLAKOFF TTEE
5818 BRADFORD COURT
E AMHERST NY 14051

**Repicci 000342**