**EXHIBIT F**



1875 CENTURY PARK EAST, SUITE 1550
LOS ANGELES, CA 90067
TEL: (310) 407-2850
FAX: (310) 407-2801
WWW.JARVISANDMANDELL.COM

October 14, 2003

John and Lorraine Repicci
120 Deer Run
Williamsville, NY 14221

John:

I hope this letter finds you in good spirits and good health. I'm sorry that David and I have been traveling so much for work and have had to resort to phone tag lately.

I haven't forgotten about our conversations about your life insurance and long term care insurance. In fact, I think I have final answers for you. As you know, the life insurance policy with Mass Mutual is "Guaranteed" so we have no issues there. What we have to deal with in this letter are the life insurance policy with Lincoln, the Long Term Care Insurance (LTCI) and potentially some income tax savings ideas.

To begin with, we were able to find a Lincoln policy that will guarantee over $6,000,000 of death benefit if you do an "internal exchange" from your existing policy. The one catch is that you must leave your existing policy in force for at least 24 months. After 24 months of ownership, the policy can be exchanged internally without any surrender charges. With this said, you have the following options:

**Option 1 – three pay, 2+ year CTS**
1. Pay $600,000 next month and Pay $600,000 in October of 2004.
2. Your ILIT will buy the policy from the retirement plan in November of 2004.
3. The ILIT trustee will instruct Lincoln to "exchange" the policy for a guaranteed death benefit product
4. Over $6,000,000 goes to the heirs tax-free at death (in addition to $4 million from Mass Mutual policy).

**Option 2 – two pay, 1+ year CTS**
1. Pay $1,200,000 next month as final premium payment.
2. Your ILIT will buy the policy from the retirement plan in January of 2004.
3. The ILIT trustee will instruct Lincoln to "exchange" the policy for a guaranteed death benefit product in November of 2004.
4. Over $6,000,000 goes to the heirs tax-free at death (in addition to $4 million from Mass Mutual policy).

Registered Representative of, and securities and services offered through MML Investors Services, Inc. 1875 Century Park East Suite 1550 Los Angeles, CA 90067 (310) 407-2800
Jarvis & Mandell, LLC has no affiliation with MML Investors Services, Inc. Christopher Jarvis California Insurance License is License #0C24276

Repicci 000030

Option 2 has a slightly higher death benefit and the insurance is retained in the retirement plan for a shorter period of time (one whole year less). We can implement either solution, but I think option 2 better fits your interests. You will just need to focus on getting money into your ILIT (which David can create rather expeditiously for you). Of course, you could lend the money to the ILIT instead of using gifts.

The most important point is that Lincoln does have a guaranteed product that you can exchange to after 24 months with no penalty. That is very good news – should you decide that the guaranteed product is in your best interest.

As for the Long Term Care Insurance (LTCI), we have some great numbers to share with you (Attached as well). Given that this premium is tax-deductible through your corporation, it make sense to purchase this insurance now. The question for you is how you would like to pay for it. Would you like to pay annually and get the full deduction now, or pay monthly and have the deductions start monthly and continue every month going forward? This is completely up to you and we can arrange to have the policy structured whichever way you choose. We should probably start paying as soon as possible so we can take advantage of the years you have left to work and to take a deduction for the premium payments.

Lastly, if you are seriously considering planning to protect your accounts receivable from lawsuits or if you are very concerned about your income tax liability for this year, we should start discussing some options in the very near future. There is a lot we can do, but as you know, these things can't be done overnight.

Please look over the information we have sent to you and let us know what, where, how you want to move forward. As always, you can reach David at (212) 972-1222 and me at (310) 407-2850.

David and Celia plan on calling you within the next week or two to go over some legal issues as well.

Please say hello to Lorraine for me.

All my best,

Christopher R. Jarvis, MBA
Jarvis & Mandell, LLC

Repicci 000031

OCT-14-2003 12:27PM   FROM-JARVIS AND MANDELL                        T-691  P.001/008  F-527



## JARVIS & MANDELL LLC
### INTEGRATED PLANNING SOLUTIONS

1875 CENTURY PARK EAST, SUITE 1550
LOS ANGELES, CA 90067
TEL: (310) 407-2850
FAX: (310) 407-2801
WWW.JARVISANDMANDELL.COM

October 14, 2003

John and Lorraine Repicci
120 Deer Run
Williamsville, NY 14221

John:

I hope this letter finds you in good spirits and good health. I'm sorry that David and I have been traveling so much for work and have had to resort to phone tag lately.

I haven't forgotten about our conversations about your life insurance and long term care insurance. In fact, I think I have final answers for you. As you know, the life insurance policy with Mass Mutual is "Guaranteed" so we have no issues there. What we have to deal with in this letter are the life insurance policy with Lincoln, the Long Term Care Insurance (LTCI) and potentially some income tax savings ideas.

To begin with, we were able to find a Lincoln policy that will guarantee over $6,000,000 of death benefit if you do an "internal exchange" from your existing policy. The one catch is that you must leave your existing policy in force for at least 24 months. After 24 months of ownership, the policy can be exchanged internally without any surrender charges. With this said, you have the following options:

Option 1 – three pay, 2+ year CTS
1. Pay $600,000 next month and Pay $600,000 in October of 2004.
2. Your ILIT will buy the policy from the retirement plan in November of 2004.
3. The ILIT trustee will instruct Lincoln to "exchange" the policy for a guaranteed death benefit product.
4. Over $6,000,000 goes to the heirs tax-free at death (in addition to $4 million from Mass Mutual policy).

Option 2 – two pay, 1+ year CTS
1. Pay $1,200,000 next month as final premium payment.
2. Your ILIT will buy the policy from the retirement plan in January of 2004.
3. The ILIT trustee will instruct Lincoln to "exchange" the policy for a guaranteed death benefit product in November of 2004.
4. Over $6,000,000 goes to the heirs tax-free at death (in addition to $4 million from Mass Mutual policy).

Registered Representative of, and securities and services offered through MML Investors Services, Inc. 1875 Century Park East Suite 1550 Los Angeles, CA 90067 (310) 407-2800. Jarvis & Mandell, LLC has an affiliation with MML Investors Services, Inc. Christopher Jarvis' California Insurance License is License #0C01276

Repicci 000032

Option 2 has a slightly higher death benefit and the insurance is retained in the retirement plan for a shorter period of time (one whole year less). We can implement either solution, but I think option 2 better fits your interests. You will just need to focus on getting money into your ILIT (which David can create rather expeditiously for you). Of course, you could lend the money to the ILIT instead of using gifts.

The most important point is that Lincoln does have a guaranteed product that you can exchange to after 24 months with no penalty. That is very good news – should you decide that the guaranteed product is in your best interest.

As for the Long Term Care Insurance (LTCI), we have some great numbers to share with you (Attached as well). Given that this premium is tax-deductible through your corporation, it make sense to purchase this insurance now. The question for you is how you would like to pay for it. Would you like to pay annually and get the full deduction now, or pay monthly and have the deductions start monthly and continue every month going forward? This is completely up to you and we can arrange to have the policy structured whichever way you choose. We should probably start paying as soon as possible so we can take advantage of the years you have left to work and to take a deduction for the premium payments.

Lastly, if you are seriously considering planning to protect your accounts receivable from lawsuits or if you are very concerned about your income tax liability for this year, we should start discussing some options in the very near future. There is a lot we can do, but as you know, these things can't be done overnight.

Please look over the information we have sent to you and let us know what, where, how you want to move forward. As always, you can reach David at (212) 972-1222 and me at (310) 407-2850.

David and Celia plan on calling you within the next week or two to go over some legal issues as well.

Please say hello to Lorraine for me.

All my best,

Christopher R. Jarvis, MBA
Jarvis & Mandell, LLC

Repicci 000033

OCT-14-2003 12:28PM   FROM-JARVIS AND MANDELL                     +                T-691   P.003/008   F-527

# Lincoln
Financial Group
Lincoln Life & Annuity
Company of New York

## LINCOLN SUL-IV PREMIUM LIFE
### A LIFE INSURANCE ILLUSTRATION
*Flexible Premium Adjustable Life Policy*

Prepared by: Christopher R. Jarvis, MBA
Jarvis & Mandell, LLC
1875 Century Park East, #1580
Los Angeles, CA 90067
Tel: 310.407.2450
Fax: 310.203.9340

| Insured: John Repicci | Lorraine Repicci | Initial Death Benefit: | $25,000,000 |
|---|---|---|---|
| Age: 66 | 65 | Initial Death Benefit Opt.: | Level |
| Sex: Male | Female | Payment Mode: | Annual |
| Class: Non-Smoker | Non-Smoker | Riders: | None |

## Section D: Projected Values

This ledger illustrates a specific payment and death benefit design using non-guaranteed assumptions. The benefits and values shown below are not guaranteed. The assumptions on which they are based are subject to change and actual results may be more or less favorable. See Section C for guaranteed values. Remember, this illustration is not a contract. The terms of the Policy constitute the actual agreement of coverage.

This ledger, including the Annual Premium Outlay, was produced using the <u>Current</u> basis. The Current interest rate is assumed to be 4.95% in all years. The Alternate interest rate is assumed to be 4.00% in all years. For additional information about assumptions, see Section E.

*[handwritten: "already paid" with arrow to Annual Premium Outlay column; "exchange to" with arrow]*

| Year | Annual Premium Outlay | Current Basis Fund Value | Current Basis Surrender Value | Current Basis Death Benefit | Alternate Basis Fund Value | Alternate Basis Surrender Value | Alternate Basis Death Benefit |
|---|---|---|---|---|---|---|---|
| 1 | 500,000 | 513,884 | 0 | 25,000,000 | 509,215 | 0 | 25,000,000 |
| 2 | 1,200,000 | 1,625,392 | 684,442 | 25,000,000 | 1,605,770 | 664,820 | 25,000,000 |
| 3 | 0 | 1,641,569 | 743,169 | 5,337,186 | 1,606,270 | 708,270 | 5,337,186 |
| 4 | 0 | 1,657,319 | 803,069 | 5,337,186 | 1,605,538 | 751,288 | 5,337,186 |
| 5 | 0 | 1,672,590 | 862,840 | 5,337,186 | 1,603,487 | 793,737 | 5,337,186 |
| 6 | 0 | 1,691,553 | 927,028 | 5,337,186 | 1,604,023 | 839,498 | 5,337,186 |
| 7 | 0 | 1,710,189 | 991,589 | 5,337,186 | 1,603,203 | 884,603 | 5,337,186 |
| 8 | 0 | 1,728,447 | 1,056,372 | 5,337,186 | 1,600,917 | 928,842 | 5,337,186 |
| 9 | 0 | 1,746,265 | 1,121,265 | 5,337,186 | 1,597,042 | 972,042 | 5,337,186 |
| 10 | 0 | 1,763,574 | 1,186,149 | 5,337,186 | 1,591,437 | 1,014,012 | 5,337,186 |
| 11 | 0 | 1,783,539 | 1,254,189 | 5,337,186 | 1,586,652 | 1,057,302 | 5,337,186 |
| 12 | 0 | 1,801,589 | 1,320,989 | 5,337,186 | 1,578,372 | 1,097,772 | 5,337,186 |
| 13 | 0 | 1,817,070 | 1,386,145 | 5,337,186 | 1,565,803 | 1,134,878 | 5,337,186 |
| 14 | 0 | 1,828,417 | 1,448,467 | 5,337,186 | 1,547,156 | 1,167,206 | 5,337,186 |
| 15 | 0 | 1,834,609 | 1,507,509 | 5,337,186 | 1,521,202 | 1,194,102 | 5,337,186 |
| 16 | 0 | 1,833,155 | 1,561,405 | 5,337,186 | 1,485,082 | 1,213,332 | 5,337,186 |
| 17 | 0 | 1,824,731 | 1,611,281 | 5,337,186 | 1,438,815 | 1,225,865 | 5,337,186 |
| 18 | 0 | 1,806,981 | 1,657,581 | 5,337,186 | 1,381,271 | 1,231,871 | 5,337,186 |
| 19 | 0 | 1,779,888 | 1,700,613 | 5,337,186 | 1,310,558 | 1,231,283 | 5,337,186 |
| 20 | 0 | 1,741,887 | 1,741,887 | 5,337,186 | 1,225,256 | 1,225,256 | 5,337,186 |
| 21 | 0 | 1,754,984 | 1,754,984 | 5,337,186 | 1,186,465 | 1,186,465 | 5,337,186 |
| 22 | 0 | 1,760,045 | 1,760,045 | 5,337,186 | 1,134,490 | 1,134,490 | 5,337,186 |
| 23 | 0 | 1,756,047 | 1,756,047 | 5,337,186 | 1,067,664 | 1,067,664 | 5,337,186 |
| 24 | 0 | 1,740,285 | 1,740,285 | 5,337,186 | 982,232 | 982,232 | 5,337,186 |
| 25 | 0 | 1,710,885 | 1,710,885 | 5,337,186 | 875,310 | 875,310 | 5,337,186 |

NOTE: If "0" appears in any of the above columns, the premium outlay will no longer provide guaranteed fund values, guaranteed surrender values and guaranteed death benefits.

LINCOLN LIFE & ANNUITY COMPANY OF NEW YORK
*a part of the Lincoln National Corporation*
100 Madison St., Suite 1860, Syracuse, New York 13202

October 2, 2003 6:19pm          Page 8 of 12                      v2003.3.4

Repicci 000034

# Lincoln Financial Group
Lincoln Life & Annuity Company of New York

## LINCOLN SUL-IV PREMIUM LIFE
### A LIFE INSURANCE ILLUSTRATION
*Flexible Premium Adjustable Life Policy*

Prepared by: Christopher R. Jarvis, MBA
Jarvis & Mandell, LLC
1875 Century Park East, #1530
Los Angeles, CA 90067
Tel: 310.407.2650
Fax: 310.203.9249

Insureds: John Repicci
Age: 66
Sex: Male
Class: Non-Smoker

Loraine Repicci
65
Female
Non-Smoker

Initial Death Benefit: $25,000,000
Initial Death Benefit Opt.: Level
Payment Mode: Annual
Riders: None

## Section D: Projected Values

This ledger illustrates a specific payment and death benefit design using non-guaranteed assumptions. The benefits and values shown below are not guaranteed. The assumptions on which they are based are subject to change and actual results may be more or less favorable. See Section C for guaranteed values. Remember, this illustration is not a contract. The terms of the Policy constitute the actual agreement of coverage.

This ledger, including the Annual Premium Outlay, was produced using the **Current** basis. The Current interest rate is assumed to be 4.95% in all years. The Alternate interest rate is assumed to be 4.00% in all years. For additional information about assumptions, see Section E.

| Year | Annual Premium Outlay | Current Basis Fund Value | Current Basis Surrender Value | Current Basis Death Benefit | Alternate Basis Fund Value | Alternate Basis Surrender Value | Alternate Basis Death Benefit |
|---|---|---|---|---|---|---|---|
| 26 | 0 | 1,664,053 | 1,664,053 | 5,337,186 | 741,524 | 741,524 | 5,337,186 |
| 27 | 0 | 1,596,683 | 1,596,683 | 5,337,186 | 576,169 | 576,169 | 5,337,186 |
| 28 | 0 | 1,505,249 | 1,505,249 | 5,337,186 | 373,839 | 373,839 | 5,337,186 |
| 29 | 0 | 1,385,432 | 1,385,432 | 5,337,186 | 127,939 | 127,939 | 5,337,186 |
| 30 | 0 | 1,231,975 | 1,231,975 | 5,337,186 | *0* | *0* | *0* |
| 31 | 0 | 1,054,740 | 1,054,740 | 5,337,186 | | | |
| 32 | 0 | 851,143 | 851,143 | 5,337,186 | | | |
| 33 | 0 | 618,195 | 618,195 | 5,337,186 | | | |
| 34 | 0 | 352,457 | 352,457 | 5,337,186 | | | |
| 35 | 0 | 49,994 | 49,994 | 5,337,186 | | | |

NOTE: If "0" appears in any of the above columns, the premium outlay will no longer provide guaranteed fund values, guaranteed surrender values and guaranteed death benefits.

LINCOLN LIFE & ANNUITY COMPANY OF NEW YORK
*a part of the Lincoln National Corporation*
100 Madison St., Suite 1860, Syracuse, New York 13202

OCT-14-2003 12:29PM FROM-JARVIS AND MANDELL                                    T-691  P.005/008  F-527

# Lincoln
Financial Group
Lincoln Life & Annuity
Company of New York

## LINCOLN SULPR-III
### A LIFE INSURANCE ILLUSTRATION
*Flexible Premium Adjustable Life Policy*

Prepared by: Christopher S. Jarvis, MBA
Jarvis & Mandell, LLC
1875 Century Park East, #1550
Los Angeles, CA 90067
Tel: 310.407.2850
Fax: 310.203.9240

| Insureds: John Repicci | Lorraine Repicci | Initial Death Benefit: | $6,311,383 |
| Age: 68 | 67 | Initial Death Benefit Opt.: | Level |
| Sex: Male | Female | Payment Mode: | Annual |
| Class: Non-Smoker | Non-Smoker | Riders: | None |

### Section C: Guaranteed Values

This section of the Lincoln SULPR-III illustration projects the guaranteed policy values based on your premium outlay schedule. To calculate the values, we use guaranteed cost of insurance rates, guaranteed maximum expenses and a guaranteed minimum interest rate of 4.00%. Remember, this illustration is not a contract. The terms of the Policy constitute the actual agreement of coverage.

*[Handwritten: "Exchange to in month 25"]*

| Year | Annual Premium Outlay | Guaranteed Basis Fund Value | Guaranteed Basis Surrender Value | Guaranteed Basis Death Benefit |
|---|---|---|---|---|
| 1 | 1,825,392 | 1,533,935 | 1,231,138 | 6,311,383 |
| 2 | 0 | 1,576,689 | 1,286,831 | 6,311,383 |
| 3 | 0 | 1,613,911 | 1,337,307 | 6,311,383 |
| 4 | 0 | 1,644,167 | 1,381,069 | 6,311,383 |
| 5 | 0 | 1,665,584 | 1,416,308 | 6,311,383 |
| 6 | 0 | 1,679,850 | 1,444,648 | 6,311,383 |
| 7 | 0 | 1,679,827 | 1,458,889 | 6,311,383 |
| 8 | 0 | 1,661,704 | 1,455,282 | 6,311,383 |
| 9 | 0 | 1,621,092 | 1,429,313 | 6,311,383 |
| 10 | 0 | 1,552,968 | 1,375,957 | 6,311,383 |
| 11 | 0 | 1,455,203 | 1,293,151 | 6,311,383 |
| 12 | 0 | 1,317,119 | 1,170,213 | 6,311,383 |
| 13 | 0 | 1,129,442 | 997,936 | 6,311,383 |
| 14 | 0 | 879,603 | 763,876 | 6,311,383 |
| 15 | 0 | 550,305 | 450,861 | 6,311,383 |
| 16 | 0 | 117,782 | 35,252 | 6,311,383 |
| 17 | 0 | 0 | 0 | 6,311,383 |
| 18 | 0 | 0 | 0 | 6,311,383 |
| 19 | 0 | 0 | 0 | 6,311,383 |
| 20 | 0 | 0 | 0 | 6,311,383 |
| 21 | 0 | 0 | 0 | 6,311,383 |
| 22 | 0 | 0 | 0 | 6,311,383 |
| 23 | 0 | 0 | 0 | 6,311,383 |
| 24 | 0 | 0 | 0 | 6,311,383 |
| 25 | 0 | 0 | 0 | 6,311,383 |

*[Handwritten: "guaranteed!"]*
*[Handwritten: "2 values for 1) by out"]*

NOTE: If "0" appears in the surrender value or fund value column, the premium outlay will no longer provide for a surrender value or fund value. "0" in the fund value column may indicate a negative number. If "0" appears in any of the above columns, the policy is lapsing without value.

LINCOLN LIFE & ANNUITY COMPANY OF NEW YORK
*a part of the Lincoln National Corporation*
100 Madison St., Suite 1860, Syracuse, New York 13202

October 9, 2003 5:58pm                    Page 6 of 12                                    v2003.0.4

Repicci 000036

OCT-14-2003 12:30PM   FROM-JARVIS AND MANDELL   T-691   P.006/008   F-527

# Lincoln
Financial Group
Lincoln Life & Annuity
Company of New York

## LINCOLN SUL^LPR-III
### A LIFE INSURANCE ILLUSTRATION
*Flexible Premium Adjustable Life Policy*

Prepared by: Christopher R. Jarvis, MBA
Jarvis & Mandell, LLC
1875 Century Park East, #1550
Los Angeles, CA 90067
Tel: 310.407.2150
Fax: 310.203.9240

| Insureds: | John Repicci | Lorraine Repicci | Initial Death Benefit: | $6,311,383 |
|---|---|---|---|---|
| Age: | 68 | 67 | Initial Death Benefit Opt.: | Level |
| Sex: | Male | Female | Payment Mode: | Annual |
| Class: | Non-Smoker | Non-Smoker | Riders: | None |

### Section C: Guaranteed Values

This section of the Lincoln SUL-LPR-III illustration projects the guaranteed policy values based on your premium outlay schedule. To calculate the values, we use guaranteed cost of insurance rates, guaranteed maximum expenses and a guaranteed minimum interest rate of 4.00%. Remember, this illustration is not a contract. The terms of the Policy constitute the actual agreement of coverage.

| Year | Annual Premium Outlay | Guaranteed Basis Fund Value | Guaranteed Basis Surrender Value | Guaranteed Basis Death Benefit |
|---|---|---|---|---|
| 26 | 0 | 0 | 0 | 6,311,383 |
| 27 | 0 | 0 | 0 | 6,311,383 |
| 28 | 0 | 0 | 0 | 6,311,383 |
| 29 | 0 | 0 | 0 | 6,311,383 |
| 30 | 0 | 0 | 0 | 6,311,383 |
| 31 | 0 | 0 | 0 | 6,311,383 |
| 32 | 0 | 0 | 0 | 6,311,383 |
| 33 | 0 | 0 | 0 | 6,311,383 |
| 34 | 0 | 0 | 0 | 6,311,383 |
| 35 | 0 | 0 | 0 | 6,311,383 |
| 36 | 0 | 0 | 0 | 6,311,383 |
| 37 | 0 | 0 | 0 | 6,311,383 |
| 38 | 0 | 0 | 0 | 6,311,383 |
| 39 | 0 | 0 | 0 | 6,311,383 |
| 40 | 0 | 0 | 0 | 6,311,383 |
| 41 | 0 | 0 | 0 | 6,311,383 |
| 42 | 0 | 0 | 0 | 6,311,383 |
| 43 | 0 | 0 | 0 | 6,311,383 |
| 44 | 0 | 0 | 0 | 6,311,383 |
| 45 | 0 | 0 | 0 | 6,311,383 |
| 46 | 0 | 0 | 0 | 6,311,383 |
| 47 | 0 | 0 | 0 | 6,311,383 |
| 48 | 0 | 0 | 0 | 6,311,383 |
| 49 | 0 | 0 | 0 | 6,311,383 |

NOTE: If "0" appears in the surrender value or fund value column, the premium outlay will no longer provide for a surrender value or fund value. "0" in the fund value column may indicate a negative number. If "0" appears in any of the above columns, the policy is lapsing without value.

LINCOLN LIFE & ANNUITY COMPANY OF NEW YORK
*a part of the Lincoln National Corporation*
100 Madison St., Suite 1860, Syracuse, New York 13202

October 6, 2003 3:38pm   Page 7 of 12   v2003.2.1

Repicci 000037

OCT-14-2003  12:39PM   FROM-JARVIS AND MANDELL                                    T-681   P.007/008   F-527

# Lincoln Financial Group
Lincoln Life & Annuity Company of New York

## LINCOLN SUL<sup>LPR</sup>-III
### A LIFE INSURANCE ILLUSTRATION
*Flexible Premium Adjustable Life Policy*

Prepared by: Christopher R. Jarvis, MBA
Jarvis & Mandell, LLC
1875 Century Park East,
#1550
Los Angeles, CA 90067
Tel: 310.407.2450
Fax: 310.203.9240

Insureds: John Repicci  
Age: 68  
Sex: Male  
Class: Non-Smoker  

Lorraine Repicci  
67  
Female  
Non-Smoker

Initial Death Benefit: $6,311,383  
Initial Death Benefit Opt.: Level  
Payment Mode: Annual  
Riders: None

## Section D: Projected Values

This ledger illustrates a specific payment and death benefit design using non-guaranteed assumptions. The benefits and values shown below are not guaranteed. The assumptions on which they are based are subject to change and actual results may be more or less favorable. See Section C for guaranteed values. Remember, this illustration is not a contract. The terms of the Policy constitute the actual agreement of coverage.

This ledger, including the Annual Premium Outlay, was produced using the <u>Current</u> basis. The Current interest rate is assumed to be 4.80% in all years. The Alternate interest rate is assumed to be 4.80% in all years. For additional information about assumptions, see Section E.

| Year | Annual Premium Outlay | Current Basis Fund Value | Current Basis Surrender Value | Current Basis Death Benefit | Alternate Basis Fund Value | Alternate Basis Surrender Value | Alternate Basis Death Benefit |
|---|---|---|---|---|---|---|---|
| 1  | 1,625,392 | 1,545,741 | 1,242,944 | 6,311,383 | 1,533,935 | 1,231,138 | 6,311,383 |
| 2  | 0 | 1,604,187 | 1,314,329 | 6,311,383 | 1,579,631 | 1,289,773 | 6,311,383 |
| 3  | 0 | 1,661,890 | 1,385,286 | 6,311,383 | 1,623,586 | 1,346,982 | 6,311,383 |
| 4  | 0 | 1,718,776 | 1,455,679 | 6,311,383 | 1,665,668 | 1,402,570 | 6,311,383 |
| 5  | 0 | 1,775,351 | 1,526,075 | 6,311,383 | 1,706,323 | 1,457,047 | 6,311,383 |
| 6  | 0 | 1,836,428 | 1,601,227 | 6,311,383 | 1,750,085 | 1,514,884 | 6,311,383 |
| 7  | 0 | 1,898,058 | 1,677,121 | 6,311,383 | 1,793,055 | 1,572,118 | 6,311,383 |
| 8  | 0 | 1,960,484 | 1,754,062 | 6,311,383 | 1,835,387 | 1,628,966 | 6,311,383 |
| 9  | 0 | 2,023,966 | 1,832,187 | 6,311,383 | 1,877,248 | 1,685,469 | 6,311,383 |
| 10 | 0 | 2,086,281 | 1,909,271 | 6,311,383 | 1,916,329 | 1,739,219 | 6,311,383 |
| 11 | 0 | 2,148,894 | 1,986,841 | 6,311,383 | 1,955,027 | 1,790,974 | 6,311,383 |
| 12 | 0 | 2,205,545 | 2,058,640 | 6,311,383 | 1,981,502 | 1,834,597 | 6,311,383 |
| 13 | 0 | 2,252,829 | 2,121,323 | 6,311,383 | 1,997,853 | 1,866,347 | 6,311,383 |
| 14 | 0 | 2,285,775 | 2,170,048 | 6,311,383 | 1,996,532 | 1,880,805 | 6,311,383 |
| 15 | 0 | 2,299,176 | 2,199,732 | 6,311,383 | 1,971,617 | 1,872,174 | 6,311,383 |
| 16 | 0 | 2,290,399 | 2,207,870 | 6,311,383 | 1,919,834 | 1,837,305 | 6,311,383 |
| 17 | 0 | 2,257,544 | 2,192,813 | 6,311,383 | 1,838,620 | 1,773,889 | 6,311,383 |
| 18 | 0 | 2,193,365 | 2,147,884 | 6,311,383 | 1,719,446 | 1,673,965 | 6,311,383 |
| 19 | 0 | 2,090,416 | 2,066,267 | 6,311,383 | 1,553,373 | 1,529,224 | 6,311,383 |
| 20 | 0 | 1,937,596 | 1,937,596 | 6,311,383 | 1,327,167 | 1,327,167 | 6,311,383 |
| 21 | 0 | 1,754,439 | 1,754,439 | 6,311,383 | 1,062,309 | 1,062,309 | 6,311,383 |
| 22 | 0 | 1,538,420 | 1,538,420 | 6,311,383 | 755,482 | 755,482 | 6,311,383 |
| 23 | 0 | 1,285,905 | 1,285,905 | 6,311,383 | 402,108 | 402,108 | 6,311,383 |
| 24 | 0 | 972,228 | 972,228 | 6,311,383 | 0 | 0 | 6,311,383 |
| 25 | 0 | 576,901 | 576,901 | 6,311,383 | 0 | 0 | 6,311,383 |

NOTE: If "0" appears in the surrender value or fund value column, the premium outlay will no longer provide for a surrender value or fund value. "0" in the fund value column may indicate a negative number. If "0" appears in any of the above columns, the policy is lapsing without value.

LINCOLN LIFE & ANNUITY COMPANY OF NEW YORK  
*a part of the Lincoln National Corporation*  
100 Madison St., Suite 1860, Syracuse, New York 13202

October 8, 2003 5:38pm                        Page 8 of 12                        v2003.2.4

OCT-14-2009 12:31PM  FROM-JARVIS AND MANDELL                                 T-681  P.008/008  F-527

**Lincoln**
Financial Group
Lincoln Life & Annuity
Company of New York

*LINCOLN SULLPR_III*

A LIFE INSURANCE ILLUSTRATION
*Flexible Premium Adjustable Life Policy*

Prepared by: Christopher R. Jarvis,
MBA
Jarvis & Mandell,
LLC
1875 Century Park East,
#1550
Los Angeles, CA 90067
Tel: 310.407.2350
Fax: 310.203.9240

Insureds: John Repicci         Lorraine Repicci          Initial Death Benefit:        $6,311,383
Age:  68                       67                        Initial Death Benefit Opt:    Level
Sex:  Male                     Female                    Payment Mode:                 Annual
Class: Non-Smoker              Non-Smoker                Riders:                       None

### Section D: Projected Values

This ledger illustrates a specific payment and death benefit design using non-guaranteed assumptions. The benefits and values shown below are not guaranteed. The assumptions on which they are based are subject to change and actual results may be more or less favorable. See Section C for guaranteed values. Remember, this illustration is not a contract. The terms of the Policy constitute the actual agreement of coverage.

This ledger, including the Annual Premium Outlay, was produced using the <u>Current</u> basis. The Current interest rate is assumed to be 4.80% in all years. The Alternate interest rate is assumed to be 4.00% in all years. For additional information about assumptions, see Section E.

| Year | Annual Premium Outlay | Current Basis Fund Value | Current Basis Surrender Value | Current Basis Death Benefit | Alternate Basis Fund Value | Alternate Basis Surrender Value | Alternate Basis Death Benefit |
|---|---|---|---|---|---|---|---|
| 26 | 0 | 62,450 | 62,450 | 6,311,383 | 0 | 0 | 6,311,383 |
| 27 | 0 | 0 | 0 | 6,311,383 | 0 | 0 | 6,311,383 |
| 28 | 0 | 0 | 0 | 6,311,383 | 0 | 0 | 6,311,383 |
| 29 | 0 | 0 | 0 | 6,311,383 | 0 | 0 | 6,311,383 |
| 30 | 0 | 0 | 0 | 6,311,383 | 0 | 0 | 6,311,383 |
| 31 | 0 | 0 | 0 | 6,311,383 | 0 | 0 | 6,311,383 |
| 32 | 0 | 0 | 0 | 6,311,383 | 0 | 0 | 6,311,383 |
| 33 | 0 | 0 | 0 | 6,311,383 | 0 | 0 | 6,311,383 |
| 34 | 0 | 0 | 0 | 6,311,383 | 0 | 0 | 6,311,383 |
| 35 | 0 | 0 | 0 | 6,311,383 | 0 | 0 | 6,311,383 |
| 36 | 0 | 0 | 0 | 6,311,383 | 0 | 0 | 6,311,383 |
| 37 | 0 | 0 | 0 | 6,311,383 | 0 | 0 | 6,311,383 |
| 38 | 0 | 0 | 0 | 6,311,383 | 0 | 0 | 6,311,383 |
| 39 | 0 | 0 | 0 | 6,311,383 | 0 | 0 | 6,311,383 |
| 40 | 0 | 0 | 0 | 6,311,383 | 0 | 0 | 6,311,383 |
| 41 | 0 | 0 | 0 | 6,311,383 | 0 | 0 | 6,311,383 |
| 42 | 0 | 0 | 0 | 6,311,383 | 0 | 0 | 6,311,383 |
| 43 | 0 | 0 | 0 | 6,311,383 | 0 | 0 | 6,311,383 |
| 44 | 0 | 0 | 0 | 6,311,383 | 0 | 0 | 6,311,383 |
| 45 | 0 | 0 | 0 | 6,311,383 | 0 | 0 | 6,311,383 |
| 46 | 0 | 0 | 0 | 6,311,383 | 0 | 0 | 6,311,383 |
| 47 | 0 | 0 | 0 | 6,311,383 | 0 | 0 | 6,311,383 |
| 48 | 0 | 0 | 0 | 6,311,383 | 0 | 0 | 6,311,383 |
| 49 | 0 | 0 | 0 | 6,311,383 | 0 | 0 | 6,311,383 |

NOTE: If "0" appears in the surrender value or fund value column, the premium outlay will no longer provide for a surrender value or fund value. "0" in the fund value column may indicate a negative number. If "0" appears in any of the above columns, the policy is lapsing without value.

LINCOLN LIFE & ANNUITY COMPANY OF NEW YORK
*a part of the Lincoln National Corporation*
100 Madison St., Suite 1860, Syracuse, New York 13202

October 9, 2009 1:54pm                    Page 9 of 12                                  v2003.2.4

Repicci 000039