# EXHIBIT L

**From:** Chris Jarvis [Jarvis@JadeRisk.com]
**Sent:** Wednesday, July 08, 2015 6:28 PM
**To:** Hyman B. Polakoff
**Subject:** Repicci follow up

Hy

I have been working on John's policy for almost 6 weeks now. I understand that he intends to file suit if he can't get what he wants.

I have had Lincoln run a wide range of illustrations. After my last set, they told me the case was already escalated to the legal department and no more work could be done on the policy from the field. That was the last bit of information I got almost two weeks ago, before I went on vacation.

I am doing all I can to try to fix the situation. Hopefully, you and I can talk at some point tomorrow.

Chris

--
Christopher R. Jarvis, MBA, CFP®
Tel:
(817) 749-5000 ext. 700
Fax:
(817) 719-9144
Twitter:
@jarvischris
Facebook:
facebook.com/ChrisJarvisBlog

*Note Our New Address*
2301 Ira E Woods Ave
Grapevine, TX 76051

Repicci 000101