UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DR. JOHN A. REPICCI and LORRAINE REPICCI, Individually, and JULIE STONE as Trustee of the JOHN A. REPICCI IRREVOCABLE LIFE INSURANCE TRUST and THE IRREVOCABLE FAMILY TRUST,<br><br>       *Plaintiffs,*<br>Vs.<br><br>CHRISTOPHER R. JARVIS and OJM GROUP LLC,<br><br>       *Defendants.* | **PLAINTIFFS' NOTICE OF CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Case No.: 1:17-cv-00132<br><br>Honorable William M. Skretny<br><br>Magistrate Michael J. Roemer |

  PLEASE TAKE NOTICE that Plaintiffs DR. JOHN A. REPICCI and LORRAINE REPICCI, Individually, and JULIE STONE as Trustee of the JOHN A. REPICCI IRREVOCABLE LIFE INSURANCE TRUST and THE IRREVOCABLE FAMILY TRUST ("Plaintiffs"), cross-move before the Honorable William M. Skretny, United States District Court Judge, United States Courthouse, 2 Niagara Square, Buffalo, New York, at a date and time to be determined by the Court, for an Order granting partial summary judgment pursuant to Federal Rule of Civil Procedure 56.

  The grounds for Plaintiffs' cross-motion for partial summary judgment are more fully set forth in the Memorandum of Law in support of Plaintiffs' cross-motion for partial summary judgment and in opposition to Defendant's motion for summary judgment dated April 18, 2022, Attorney Affirmation in support of Plaintiffs' cross-motion for partial summary judgment and in

opposition to Defendant's motion for summary judgment, sworn to on April 18, 2022, with attached Exhibits A through Q, and all the papers and proceedings herein.

PLEASE TAKE FURTHER NOTICE that opposition to Plaintiff's cross-motion for Partial Summary Judgment is required to be filed by May 16, 2022, by Order of this Court, and that Plaintiffs' reply in further support of their cross-motion for partial summary must be filed by June 6, 2022, by Order of this Court.

Dated:      Buffalo, New York
              April 27, 2022

Respectfully Submitted

MAGAVERN MAGAVERN GRIMM LLP

By:   s/Richard A. Moore
Richard A. Moore, Esq., of counsel
*Attorneys for Plaintiffs*
Office and Post Office Address
1100 Rand Building
14 Lafayette Square
Buffalo, New York  14203
Tel. No. (716) 856 3500
Email: *rmoore@magavern.com*

TO:    WINGET, SPADAFORA &
         SCHWARTZBERG, LLP
    (Matthew Tracy, Esq., of counsel)
    *Attorneys for Defendant*
    Office and P.O. Address
    45 Broadway, 32nd Floor
    New York, New York  10006

\\18162.0001\1035416