Judgment in a Civil Case
_____

United States District Court
_____WESTERN DISTRICT OF NEW YORK_____

DR. JOHN A. REPICCI                          **JUDGMENT IN A CIVIL CASE**
                                             CASE NUMBER: 17-CV-132
        v.

CHRISTOPHER R. JARVIS

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:  that Defendant Jarvis's Motion for Summary Judgment is Granted; that Plaintiff's Cross-Motion for Partial Summary Judgment is Denied and that Plaintiff's Sixth Cause of Action is deemed Withdrawn.

Date: November 8, 2022                        MARY C. LOEWENGUTH
                                             CLERK OF COURT

                                             By: s/Suzanne
                                                 Deputy Clerk