UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DR. JOHN A. REPICCI, LORRAINE REPICCI, JULIE STONE AS TRUSTEE OF THE JOHN A. REPICCI IRREVOCABLE LIFE INSURANCE TRUST, JULIE STONE AS TRUSTEE OF THE REPICCI IRREVOCABLE FAMILY TRUST<br><br>   Plaintiffs,<br>  vs.<br><br>CHRISTOPHER R. JARVIS<br><br>   Defendant | **NOTICE OF APPEAL**<br><br>Civil Action #: 1:17-cv-0132-WMS-MJR |

Notice is hereby given that Dr. John A. Repicci, Lorraine Repicci, Julie Stone as Trustee of the John A. Repicci Irrevocable Life Insurance Trust and Julie Stone as Trustee of The Repicci Irrevocable Family Trust, plaintiffs in the above-named case, hereby appeal to the United States Court of Appeals for the Second Circuit from the Judgment entered on November 8, 2022 (Dkt. No. 86).

DATED:   Buffalo, New York
         December 6, 2022

**GIBSON, MCASKILL & CROSBY**

/s/ *Timothy J. Graber*
Timothy J. Graber, Esq.
*Co-Counsel for Plaintiffs*
  *Dr. John A. Repicci, Lorraine Repicci,*
  *Julie Stone as Trustee of the John A. Repicci*
  *Irrevocable Life Insurance Trust and Julie*
  *Stone as Trustee of The Repicci Irrevocable*
  *Family Trust*
69 Delaware Avenue
Suite 900
Buffalo, New York 14202
(716) 856-4200
tgraber@gmclaw.com