UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DR. JOHN A. REPICCI,<br>LORRAINE REPICCI,<br>JULIE STONE, *as Trustee of the John A. Repicci Irrevocable Life Insurance Trust,* and<br>JULIE STONE, *as Trustee of the Repicci Irrevocable Family Trust*,<br><br>          Plaintiffs,<br><br>v.<br><br>CHRISTOPHER R. JARVIS,<br><br>          Defendant. | **AMENDED NOTICE OF APPEAL**<br><br>Civil Action No.:  1:17-CV-132-WMS-MJR |

Notice is hereby given that Dr. John A. Repicci, Lorraine Repicci, Julie Stone, *as Trustee of the John A. Repicci Irrevocable Life Insurance Trust*, and Julie Stone, *as Trustee of The Repicci Irrevocable Family Trust*, plaintiffs in the above-named case, hereby appeal to the United States Court of Appeals for the Second Circuit from the Judgment entered on November 8, 2022 (Docket No. 86), as well as each and every docket entry that Plaintiffs deems to be adverse to one or more of them including without limitation the DECISION AND ORDER entered on January 24, 2020 (Docket No. 30) and the DECISION AND ORDER entered on November 7, 2022 (Docket No. 85).

DATED:  Buffalo, New York
          December 7, 2022

                                              **GIBSON, McASKILL & CROSBY, LLP**

                                              By:       s/*Timothy J. Graber*
                                                       Timothy J. Graber, Esq.
                                            69 Delaware Avenue, Suite 900
                                            Buffalo, New York 14202
                                            Telephone:    (716) 856-4200
                                            E-mail:         tgraber@gmclaw.com

        -and-

        Richard A. Moore, Esq.
        Magavern, Magvern & Grimm
        1100 Rand Building
        14 Lafayette Square
        Buffalo, New York 14203
        Telephone:   (716) 855-1111
        E-mail:   rmoore@magavern.com

*Attorneys for Plaintiffs*
*Dr. John A. Repicci, Lorraine Repicci, Julie Stone, as Trustee of the John A. Repicci Irrevocable Life Insurance Trust, and Julie Stone, as Trustee of The Repicci Irrevocable Family Trust*

To (via CM/ECF):   Matthew Tracy, Esq.
        Winget, Spadafora & Schwartzberg, LLP
        *Attorneys for Defendant*
        *Christopher R. Jarvis*
        45 Broadway, 19th Floor
        New York, New York 10006
        Telephone:   (212) 221-6900
        E-mail:   Tracy.M@wssllp.com

        Andrew P. Devine, Esq.
        Phillips Lytle LLP
        *Attorneys for Defendant*
        *OJM Group, LLC*
        One Canalside
        125 Main Street
        Buffalo, New York 14203
        Telephone:   (716) 847-8400
        E-mail:   adevine@phillipslytle.com